# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| LE COMMODITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Ct. No. 22-00245 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF KEVEN VALENTIN

1.    Pursuant to the Rule 73.3 of the U.S. Court of International Trade, I, Keven Valentin, Chief Financial Officer and Director of Administration, Bureau of Industry and Security, U.S. Department of Commerce, do hereby certify that I have legal custody and control of the documents constituting the administrative record for this proceeding.

2.    To the best of the Department of Commerce's knowledge and understanding, the attached documents are a true copy of the administrative record for this proceeding.

3.    I have also attached indices describing the documents.

4.     The information in this certification is based upon my personal knowledge or on information provided to me in the course of my official duties.

5.     I certify that the foregoing is true and correct.

Respectfully submitted,

KEVEN VALENTIN

Digitally signed by KEVEN VALENTIN
Date: 2022.12.22 17:02:29 -05'00'

Keven Valentin
Chief Financial Officer and
Director of Administration,
Bureau of Industry and Security
U.S. Department of Commerce
Washington, D.C. 20230

Dated: December 22, 2022

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| _____ ) | |
| LE COMMODITIES, LLC,                    ) | |
|                                          ) | |
|            Plaintiff,                    ) | |
|                                          ) | |
|            v.                            )   | Ct. No. 22-00245 |
|                                          ) | |
| UNITED STATES,                          ) | |
|                                          ) | |
|            Defendant.                   ) | |
| _____) | |

## INDEX OF ADMINISTRATIVE RECORD – PUBLIC SET

| EXCLUSION REQUEST NUMBER: 117044 | | | | |
|---|---|---|---|---|
| | **Relevant Party** | **Type of Document** | **Page #  ERID 117044-** | **First Appx Page #** |
| 1 | BIS | Decision Memorandum | 001 | 1000 |
| 2 | ITA | Recommendation Memorandum | 003 | 1002 |
| 3 | LE Commodities, LLC | Exclusion Request | 007 | 1006 |
| 4 | LE Commodities, LLC | Exclusion Request Supplement | 020 | 1019 |
| 5 | United Industries, Inc. | Objection | 026 | 1025 |
| 6 | LE Commodities, LLC | Rebuttal to United Industries, Inc. | 034 | 1033 |
| 7 | LE Commodities, LLC | Rebuttal Supplement | 038 | 1037 |
| 8 | United Industries, Inc. | Surrebuttal | 046 | 1045 |
| 9 | United Industries, Inc. | Surrebuttal Supplement | 050 | 1049 |

| EXCLUSION REQUEST NUMBER: 164142 | | | | |
|---|---|---|---|---|
| | **Relevant Party** | **Type of Document** | **Page # ERID 164142-** | **First Appx Page #** |
| 1 | BIS | Decision Memorandum | 001 | 1059 |
| 2 | ITA | Recommendation Memorandum | 003 | 1061 |
| 3 | LE Commodities, LLC | Exclusion Request | 007 | 1065 |
| 4 | United Industries, LLC | Objection | 019 | 1077 |

| EXCLUSION REQUEST NUMBER: 164173 | | | | |
|---|---|---|---|---|
| | **Relevant Party** | **Type of Document** | **Page # ERID 164173-** | **First Appx Page #** |
| 1 | BIS | Decision Memorandum | 001 | 1085 |
| 2 | ITA | Recommendation Memorandum | 003 | 1087 |
| 3 | LE Commodities, LLC | Exclusion Request | 007 | 1091 |
| 4 | LE Commodities, LLC | Exclusion Request Supplement | 019 | 1103 |
| 5 | United Industries, Inc. | Objection | 025 | 1109 |

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 117044**

**Summary:**

- Requester: LE Commodities LLC
- Product Description: Stainless Steel Welded Sanitary Tubing per ASTM A270 Type 304/304L  size 4.00 inch x 0.083 inch x 20 foot length
- HTSUS: 7306405040

**Analysis:**

The Bureau of Industry and Security ("BIS") has received a request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS has considered the evidence provided, including in the exclusion request as well as any applicable objection filings and its report to the President of January 11, 2018, has solicited and taken into account analysis provided by the International Trade Administration (ITA), and assessed other interagency comments as applicable.

In examining whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, ITA has provided the attached findings and recommends denying the request for an exclusion.

BIS accepts ITA's recommended findings and finds that no overriding national security concerns require that this exclusion request be granted notwithstanding recommendation of denial.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied.  This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

ERID 117044-001

**DECISION ON EXCLUSION REQUEST #117044**

_____**X**_____     I approve denying this exclusion request.

_____     I do not approve denying this exclusion request.

_____     I would like to discuss.




_Matthew S. Borman_
Deputy Assistant Secretary of Export Administration

**November 25, 2020**
Date

ERID 117044-002

**International Trade Administration (ITA)**
**Recommendation Document for Denial of Steel Exclusion Request Under Section 232**

The Bureau of Industry and Security (BIS) has referred this exclusion request to ITA for ITA's recommendation as to whether the Steel article subject to this exclusion request is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, within the meaning of Supplement 1 of 15 CFR Part 705. ITA provides the following recommendation based on an evaluation of all relevant submitted documentation, including relevant confidential or proprietary business information (CBI), and, when appropriate, an evaluation of facts by a Subject Matter Expert (SME).

Exclusion Request ID: 117044
Requestor:   LE Commodities LLC (LE Commodities)
Objector(s):

    United Industries Inc (United Industries)

Case Filings

|  | LE Commodities | United Industries |  |  |  |
|---|---|---|---|---|---|
| Rebuttal against Objector? |  | Yes |  |  |  |
| Surrebuttal against Requestor? |  | Yes |  |  |  |
| CBI submitted? *(request/objection)* | No | No |  |  |  |
| CBI submitted? *(rebuttal/surrebuttal)* | No | No |  |  |  |
| Supporting docs included? *(request/objection)* | Yes | No |  |  |  |
| Supporting docs included? *(rebuttal/surrebuttal)* | Yes | Yes |  |  |  |

Recommendation: Denial
Rationale: {At least one} objector meets the quality, quantity, and timeliness criteria.

| **OBJECTOR(S) – QUALITY** |  |  |  |  |
|---|---|---|---|---|
|  | United Industries |  |  |  |
| Identical (1.c or 1.d filled in)* | Yes |  |  |  |
| Substitute (1.e or 1.f filled in)* | Blank |  |  |  |
| **2.c\* match** | Yes |  |  |  |

ERID 117044-003

| 2.d* match | No | | | |
|---|---|---|---|---|
| 2.e* match | No | | | |

| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
|---|---|---|---|---|
| | No | | | |

**Subject Matter Expert (SME) Evaluation of Facts: Yes**

**Analysis of the Record:** United Industries claims it can manufacture an identical product. Although the chemistry of United Industries' product offering is identical to LE Commodities' exclusion request, there were discrepancies involving strength and elongation. According to the Subject Matter Expert, the objection offering's values are above the requested minimums and the objection offering is a suitable substitute. Therefore, United Industries meets the quality criterion.

| OBJECTOR(S) – QUANTITY | | | | |
|---|---|---|---|---|
| | United Industries | | | |
| 3.a | 100% | | | |

| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
|---|---|---|---|---|
| | No | | | |

**Analysis of the Record:** United Industries claims to manufacture 100 percent of the volume requested by LE Commodities in box 3.a of the objection form. United Industries can produce 100 percent of the requested quantity, therefore, meeting the quantity criterion.

| OBJECTOR(S) – TIMELINESS | | | | |
|---|---|---|---|---|
| | United Industries | | | |
| 1.c | Yes | | | |
| 1.d | Blank | | | |
| 1.e | Blank | | | |
| 1.f | Blank | | | |

| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
|---|---|---|---|---|
| | No | | | |

**Analysis of the Record:** United Industries claims to manufacture an identical product in a timely manner in box 1.c of the objection form. United Industries can manufacture an identical product in eight weeks; therefore, United Industries meets the timeliness criterion.

**Explanation/Additional Comments** (if needed):

ERID 117044-004

| General Notes: |
|---|
| **This memorandum describes, in full, the factors which ITA has considered in reaching its recommendation and provides a complete explanation for the basis of that recommendation.** |
| ITA reviews each individual exclusion request for which objections are submitted by U.S. producers and provides the Bureau of Industry and Security with a recommendation on the technical merits of the request. In making a recommendation, ITA examines only the claims and information submitted in the certified documentation for requests, objections, rebuttals and surrebuttals, to determine if a company meets the criteria specified in the regulations; specifically, if the objector can provide the products at issue in a sufficient amount of time (timeliness), in a reasonably available amount (quantity), and in a quality which is satisfactory.  When determining if a company meets the quantity criteria, ITA examines the response to section 3.a; ITA does not examine the production capacity of a company or industry as a whole. The Department of Commerce collects such capacity data in section 1 only for statistical purposes and not for use in analyzing individual exclusion requests and objections. |
| An SME's evaluation of facts is typically sought when submitted documentation indicates: the objector offers a substitute product, the specifications differ in an objector's offering from the request, a processing method differs between the request and objection, or any other relevant product-specific issues. ITA takes an SME's evaluation of facts into consideration when making a recommendation; however, an SME's evaluation of facts is not the only determining factor and is not necessarily dispositive. |
| **ITA will base its recommendation on an evaluation of all relevant submitted certified documentation, including relevant CBI, and, when appropriate, an evaluation of facts by an SME. ITA will not include any ex-parte communications in its evaluation.** |

| * Field Definitions (Objection Form) | |
|---|---|
| 1.c | Is the product type identified in the Exclusion Request currently manufactured by your organization in the United States, or can it immediately be made (within 8 weeks) by your organization, in a company-owned plant in the United States? If "Yes" identify the location(s) of your production facilities in the United States. |
| 1.d | This organization does not currently manufacture the identified product, but can produce the product identified in the Exclusion Request within the following time period at the following facilities: |
| 1.e | Does this organization currently manufacture, or can immediately manufacture (within 8 weeks), in a company-owned plant located in the United States a substitute product for the identified product that has similar form, fit, function, and performance? If "Yes" identify the location(s) of your production facilities in the United States, current plant capacity and utilization |
| 1.f | This organization does not currently manufacture the identified product, but can make a substitute product that has similar form, fit, function, and performance within the following time period at the following facilities: |
| 2.c | State the chemical composition of the specific product that your organization can manufacture at a company-owned production facility located in the United States. |
| 2.d | Provide the following information on the single product that is the subject of this Objection Filing: 1) dimensional information covering the single product subject to the Exclusion Request; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature. |

ERID 117044-005

| 2.e | Provide the following information on the single product that is the subject of this Objection Filing: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness. |
|-----|-----|
| 3.a | What percentage of the total product tonnage requirement covered under the Exclusion Request that is the subject of this Objection Filing can your organization manufacture at its U.S. plants on a timely basis? |

ERID 117044-006

# U.S. Department of Commerce

Section 232 Steel and Aluminum

## Product Information

Submission Date: 7/27/2020

Public Status: Denied

Please select product type

Steel

Identify the class of product for which the Exclusion is sought

Stainless Products

10 Digit Harmonized Tariff Schedule Code of the United States (HTSUS) for the single product covered by this request

7306405040

If this is a renewal of a previously granted exclusion request, please provide the ID number of the previously granted exclusion request

BIS 2018 0006 127105

## Requesting Organization Information

Full Organization Legal Name

LE Commodities LLC

Street Address

2807 Hillview Court

City

Fairfield

State

California

Zip Code

94534

Headquarters Country

United States

Point of Contact Name

Elaine Moreira

Phone Number

707.330.7678

E mail Address

elaine@lecommodities.com

Web Site Address

http://www.lecommodities.com

## Parent Company of Requesting Organization

Full Organization Legal Name

Street Address

City

ERID 117044-007

Headquarters Country

State/Province

Zip Code

Web Site Address

## Importer of Record for Organization Requesting an Exclusion

Full Organization Legal Name

LE Commodities LLC

Street Address

2807 Hillview Court

City

Fairfield

State

California

Zip Code

94534

Headquarters Country

United States

Point of Contact Name

Elaine Moreira

Phone Number

707.330.7678

E mail Address

elaine@lecommodities.com

Web Site Address

http://www.lecommodities.com

## Requester's Authorized Representative/Agent (if applicable)

Requestor Point of Contact Name

Point of Contact Organization

Country Location

Phone Number

E Mail Address

Web Site Address

Other Information

## Exclusion Request Details

ERID 117044-008

Does the parent organization hold ownership in (partially or completely), or is it otherwise engaged as a: Manufacturer; Distributor; Exporter or, Importer?

> No

Identify the activity

Identify the organization

Identify the country where the organization is headquartered

Comments

Identify the primary type of activity of the Exclusion Requester

> U.S Distributor

Comments

Total Requested Annual Exclusion Quantity in Kilograms (1 metric ton  1,000 kilograms)

> 252000 | Kilograms

Average annual consumption for years 2015  2017 of the product that is subject of this Exclusion Request (Kilograms)

> 504000 | Kilograms

Explain why your organization requires an Exclusion

> Insufficient U.S. Availability

Please provide comments

Identify the percentage of total product covered under this Exclusion Request not available from manufacturers in the United States

> 100 | %

Estimate the number of days required to take delivery of the product covered by this Exclusion Request, from the time the purchase order is issued by your organization

> 110 | days

Estimate the number of days required to manufacture the product covered by this Exclusion Request, from the time a binding purchase order is executed

> 90 | days

Estimate the number of days required to ship the product covered under this Exclusion Request, from the foreign port of departure to the Exclusion Requester's loading dock

> 45 | days

Estimate the number of distinct shipments from the foreign port(s) of departure that will be needed for transporting to the United States the product subject to this Exclusion Request

> 5 | shipments

Identify the U.S. Destination Port(s) of Entry through which the product subject to this Exclusion Request would be transported

Port 1 Charleston

ERID 117044-009

ort 1 Charleston

Is the organization making this Exclusion Request doing so on behalf of a non U.S. producer that does not manufacture products in the United States?

| No |

Identify the non U.S. producer

Identify the country where the organization is headquartered

Comments

# Exclusion Request Product Information

For this single Exclusion Request, provide a full, complete description of the product in the space provided below.See explanation below.

The product for which an Exclusion is being requested is defined as follows: *

Stainless Steel Welded Sanitary Tubing per ASTM A270 Type 304/304L  size 4.00 inch x 0.083 inch x 20 foot length

*With regard to the product for which an Exclusion is requested, such a description must be limited to a single product. The description must be limited solely to physical properties (e.g., chemical requirements, mechanical requirements, dimensions, etc.) and exact descriptive terms/phrases covering the product subject to the Exclusion Request (e.g., "hot rolled," "seamless pipe," "suitable for use in boilers," "longitudinally submerged arc welded," etc.).

All such physical properties must be defined based on actual, rather than nominal, measurements; references to specific dimensions (e.g., "cross sectional diameter of 5.50 mm") or measurements (e.g., "yield strength of 300 MPa," "carbon content 0.08%," etc.) will be interpreted as meaning the exact dimension or measurement. Ranges (e.g., "cross sectional diameter falling within the range 5.35 mm and 5.65 mm," "yield strength greater than or equal to 300 MPa," "carbon content less than or equal to 0.15%, by weight," etc.) are allowed. Where a range is needed, it should be identified based on the end points of the range (as in the examples above), rather than through references to absolute or percentage tolerances.

Comments

Identify the standards organizations that have set specifications for the product type that is the subject of this Exclusion Request, and provide the reference designation(s) for the identified standards organization(s), (e.g., ASTM A108 13):

| Organization | Designation |
| --- | --- |
| 1 ASTM | A270 |
| 2 3 A Sanitary Certification | 3 A Sanitary Certification |

Identify the classification and properties of the product covered under this Exclusion Request. Other classification or properties may be described in the textboxes below. (Select all that apply)

| Slab | Blooms | Billets | Ingots | Flat | Long |
| --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Appx1009

ERID 117044-010

| Beams ☐ | Semi Finished ☐ | Pipe ☐ | Tube ☑ | Stainless ☑ | Wire ☐ |
|---|---|---|---|---|---|
| Hot Rolled ☐ | Cold Rolled ☑ | Annealed ☐ | Plated ☐ | Electro Plated ☐ | Galvanized ☐ |
| Electro Galvanized ☐ | Zinc Plated ☐ | Aluminum Plated ☐ | Lead Plated ☐ | Tin Plated ☐ | Painted ☐ |
| Varnished ☐ | Plasticized ☐ | Pickled ☐ | Fittings ☐ | | |

Use the text boxes on the right if property is not listed above.

Comments

Identify the chemical composition of the specific product for which your organization seeks an Exclusion. Numbers may appear rounded, but full values will be stored. Format should starts with 0(example: 0.975)

| Chemical | Aluminum | Antimony | Bismuth | Boron | Carbon |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0.035 |
| | Chromium | Cobalt | Copper | Iron | Lead |
| Minimum % | 18.0 | 0 | 0 | 0 | 0 |
| Maximum % | 20.0 | 0 | 0 | 0 | 0 |
| | Magnesium | Manganese | Molybdenum | Nickel | Niobium |
| Minimum % | 0 | 0 | 0 | 8.0 | 0 |
| Maximum % | 0 | 2.0 | 0 | 12.0 | 0 |
| | Nitrogen | Phosphorus | Selenium | Silicon | Sulfur |
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0.045 | 0 | 1.0 | 0.03 |

ERID 117044-011

| | Tellurium | Tin | Titanium | Tungsten | Vanadium |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0 |
| | Zinc | Zirconium | Other Chemical | | |
| Minimum % | 0 | 0 | 0 | | |
| Maximum % | 0 | 0 | 0 | | |

Comments

Provide the following information on the single product that is the subject of this Exclusion Request: 1) dimensional information for the single product and a single size — not a range of products and or sizes (e.g., 19 mm dia. rebar — not 19, 22, 25, and 29 mm.). A separate Exclusion Request must be submitted for each product by physical dimension; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature.

Product Specifications (Millimeters)

| | Thickness | Inside Diameter | Outside Diameter | Length | Width | Height |
|---|---|---|---|---|---|---|
| Minimum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |
| Maximum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |

Strength

| | Tensile Strength Mega Pascal (MPa) | Yield Strength Mega Pascal (MPa) | Hardness (specify method - Brinnell, Rockwell, Vickers, etc.) |
|---|---|---|---|
| | | | Rockwell B |
| Minimum | 485 | 170 | 0 |
| Maximum | 0 | 0 | 90 |

Toughness (If Applicable)

| Test Type | Drop-Weight Tear Testing | Impact (Charpy) Testing | Other |
|---|---|---|---|
| | | | Provide Test Method |
| Temperature | | | |

Appx1011

ERID 117044-012

| Temperature | | | |
|---|---|---|---|
| **Joules** | | | |
| **% Shear** | | | |

Provide the following information on the single product that is the subject of this Exclusion Request: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness.

| | Global Ductility | | Local Ductility | |
|---|---|---|---|---|
| | Elongation % | Reduction in Area % | Hole Expansion % | Bendability (mm) |
| **Minimum** | 0 % | 0 % | 0 % | 0 mm |
| **Maximum** | 0 % | 0 % | 0 % | 0 mm |

| | Magnetic Permeability | | | Surface Finish |
|---|---|---|---|---|
| | Epstein Test | Greer Lab Method | Stacked Wide Sheet | Profilometer - [SAE J911] |
| **Minimum** | 0 | 0 | 0 | 0 |
| **Maximum** | 0 | 0 | 0 | 0 |

| Coating Type and Composition | | |
|---|---|---|
| Coating Method | Coating Product Name and Abbreviation | Composition (e.g., Zn, Al, Si, Mg) |
| | | |

| Coating Weight and Thickness | | |
|---|---|---|
| | Coating Weight | Coating Thickness |
| **Minimum** | 0 grams psq | 0 micrometers |
| **Maximum** | 0 grams psq | 0 micrometers |

Specify any Additional Methods Used

| | | |
|---|---|---|
| | | |

Comments

ERID 117044-013

## Product Commercial Names

List the Commercial Name(s) of the single product that is the subject of this exclusion

Stainless Steel Welded Sanitary Tubing per ASTM A270, 3 A Certified, Type 304/304L, 4.00 inch outer diameter, 0.083 inch wall th

Comments

Identify the Association code for the product that is the subject of this Exclusion Request

State the 1) application for the product (e.g., automotive, appliances, industrial products, structural, etc.) that is the subject of this Exclusion Request, and 2) why similar products manufactured in the United States, if available, are not suitable: *

Usage in Dairy,  Food, Beverage and Pharmaceutical Industries

If the Exclusion is needed to support U.S. national security requirements (critical infrastructure or national defense systems), provide a detailed description of the specific uses of this single product:

## Source Countries

Identify the source countries for the single product for which the Exclusion is requested, the annual quantity to be supplied in kilograms, and the name of the current manufacturer(s) of the product. If this product is not obtained directly from the manufacturer, identify the current supplier(s) and the country of the supplier(s). The Exclusion Request, if granted, will pertain solely to the identified supplier(s) listed in this form and the country of origin. NOTE: Products encompassing more than one 10 digit HTSUS code must submit a separate Exclusion Request for each pertinent code.

| | Country of Origin | Country of Export | Exclusion Quantity | Current Manufacturer | Current Supplier (if not obtained directly from manufacturer) | |
|---|---|---|---|---|---|---|
| 1 | Thailand | Thailand | 252000 | Thai German F | | |

ERID 117044-014

## Product Availability Information

Does the Requester possess knowledge of any domestic U.S. parties that currently manufacture the described product in the United States?

| Yes |
| --- |

Comments

There are just two USA mills, United Industries and Rath Manufacturing. Both would not sell to my sole customer (Sanitary Solutions) over competing distribution Channelization issues. Please see attached documentation and communication for full details.

Does the Requester possess knowledge of any parties that currently manufacture the described product in a country exempted from this tariff? If yes, identify the country or countries below.

| No |
| --- |

Comments

Is the Requester aware of any manufacturers capable of producing a substitute for the product in the United States? If "Yes" provide supporting information (name and address) in the space below?

| No |
| --- |

Comments

Has the Exclusion Requester attempted to qualify any manufacturer in the United States as a supplier of the product that is the subject of this Exclusion Request in the past two years? If "Yes" provide supporting information in the space below.

| Yes |
| --- |

Please provide names of the manufacturers.

**Manufacturers**

1 United Industries Inc

2 Rath Manufacturing

Comments

LE Commodities LLC has not directly contacted these companies but my sole customer has (Sanitary Solutions as listed). Both companies would not support them as they already have established sales channelization with other companies as well as their in house sales team.  Sanitary Solutions tried on several occasions however was unsuccessful due to reason being they both sell to same customer base (distributors and end users of sanitary welded tubing). Our efforts to receive exemptions on these products are continually objected by the monopolistic behavior of United Industries. Please see attached documents to this application reguarding the efforts made to purchase from them. The price they offered was at the same level that we sell to our customers   therefore preventing any type of business to be conducted with them. Do not buy &quot;cheap&quot; price as United Industries has previously stated , as this is high valued sanitary tubing (non commodity product) with specialized quality specifications (due to the nature of the applications for food, brewery, dairy etc) . there was no choice but to find another source as the domestic source is direct competitor.

ERID 117044-015

Has the Exclusion Requester attempted to purchase the described product that is the subject of this Exclusion Request, or a substitute, from a U.S. manufacturer in the past two years? If "Yes" identify the manufacturers, addresses, and your points of contact at the U.S. manufacturing organizations in the comments below.

| Yes |

Comments

LE Commodities LLC has not directly contacted these companies but my sole customer has (Sanitary Solutions as listed). Both companies would not support them as they already have established sales channelization with other companies as well as their in house sales team.  Sanitary Solutions tried on several occasions however was unsuccessful due to reason being they both sell to same customer base (distributors and end users of sanitary welded tubing). Our efforts to receive exemptions on these products are continually objected by the monopolistic behavior of United Industries. Please see attached documents to this application reguarding the efforts made to purchase from them. The price they offered was at the same level that we sell to our customers   therefore preventing any type of business to be conducted with them. Do not buy &quot;cheap&quot; price as United Industries has previously stated , as this is high valued sanitary tubing (non  commodity product) with specialized quality specifications (due to the nature of the applications for food, brewery, dairy etc) . there was no choice but to find another source as the domestic source is direct competitor.

Has the Exclusion Requester had supply contracts, or does it have current contracts, with producers that manufacture in the United States the product identified in the Exclusion Request? If "Yes" identify the U.S. manufacturers, addresses, and your points of contact at the U.S. manufacturing organizations in the comments below.

| No |

Comments

Has the Exclusion Requester determined that there is no U.S. manufacturer that produces a near equivalent product that would meet qualification requirements? If "Yes" identify in the space below the testing standards/procedures employed to make that determination (e.g., magnetic core loss, etc).

| No |

Comments

In the last two years, has the Requester purchased a substitute product manufactured in the United States in place of the product described in the Exclusion Request? If "Yes" provide supporting information in the comments below.

| No |

Comments

Provide a detailed explanation as to how U.S. Customs and Border Protection (CBP) will be able to reasonably distinguish the product subject to the Exclusion Request at time of entry, without adding undue burden to their current entry system and procedures.

the import commercial invoice will have clearly listed the US 10 digit harmonized tariff schedule code (HTSUS)

ERID 117044-016

# Certification

Instruction: This Exclusion Request must be signed by an organization official specifically authorized to certify the document as being accurate and complete. The undersigned certifies that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge.

Effective for all exclusion requests submitted on or after December 14, 2020, the undersigned certifies in the 232 Exclusions Portal that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge. By signing the certification below, I attest that:

    A. My organization intends to manufacture, process, or otherwise transform the imported product for which I have filed an exclusion request or I have a purchase order or orders for such products;

    B. My organization does not intend to use the exclusion for which I have filed an exclusion request, if granted, solely to hedge or arbitrage the price;

    C. My organization expects to consume, sell, or otherwise use the total volume of product across all my active exclusions and pending exclusion requests in the course of my organization's business activities within the next calendar year;

    D. If my organization is submitting an exclusion request for a product for which we previously received an exclusion, I certify that my organization either imported the full amount of our approved exclusion(s) last year or intended to import the full amount but could not due to one of the following reasons:

        1. loss of contract(s);

        2. unanticipated business downturns; or

        3. other factors that were beyond my organizations' control that directly resulted in less need for steel or aluminum articles; and

    E. I certify that the exclusion amount requested this year is in line with what my organization expects to import based on our current business outlook. If requested by the Department of Commerce, my organization shall provide documentation that justifies its assertions in this certification regarding its past imports of steel or aluminum articles and its projections for the current year, as it relates to past and current calendar year exclusion requests.

**It is a criminal offense to willfully make a false statement or representation to any department or agency of the United States Government as to any matter within its jurisdiction.**[18 U.S.C. 1001 (1984 & SUPP. 1197)]

**Company Name**

LE Commodities, LLC

**Name of Authorizing Official**

Elaine Moreira

**Title of Authorizing Official**

President

**Phone Number**

707.330.7678

**Email of Authorizing Official**

elaine@lecommodities.com

If the Point of Contact is different from the Authorizing Official provide point of contact information below.

**Point of Contact Name**

**Title**

**E mail Address**

**Phone Number**

ERID 117044-017

Do you have additional information to provide that is proprietary or otherwise business confidential that is relevant and necessary to this submission?

*Note: If the answer is 'Yes', do not attach business confidential information at this time.*

No

Small Business?

## Attachment

View attachment file

## Published Objection Filings

| Company | Product | Posted Date | Details |
|---|---|---|---|
| ⌄  United Industries Inc | Steel | 8/30/2020 | Details |
| Objection Rebuttals | | | |
| ⌄  LE Commodities, LLC | | 9/8/2020 | Details |
| Surrebuttals | | | |
| United Industries Inc | | 9/16/2020 | Details |

## BIS Decision Memo

View attachment file

## ITA Public Recommendation Memo

There are no attachments for this public recommendation memo

Appx1017

ERID 117044-018

Back

For questions about the exclusion process, please email or call:
Aluminum232@bis.doc.gov or 202-482-4757 for aluminum-related inquiries, and Steel232@bis.doc.gov or 202-482-5642 for steel-related inquiries.



**U.S. Department of Commerce**

1401 Constitution Ave NW
Washington, DC 20230

Accessibility   •   Privacy policy

ERID 117044-019



July 20, 2020

Mr. Brad Botwin, Director Industrial Studies
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Avenue, NW, Room 1093
Washington, DC 20230

Dear Mr. Botwin,

I am the owner of Sanitary Solutions, Inc who, as a master distributor, supplies sanitary stainless-steel fittings, valves, tubing and accessories to various distributors in the USA and Canada.

I had e-mails with Dan Brockmann, VP of Sales @ United Industries (domestic mill) about the possibility of purchasing and stocking sanitary stainless-steel tube.

Unfortunately, we are not able to purchase material from United Industries since we are competing against other master distributors that United Industries has set up before Sanitary Solutions approached United Industries.

Since the sanitary stainless-steel market is relatively small distribution wise, many of the distributors that Sanitary Solutions supplies also buys from United Industries. Our customer base wishes to buy from us since we also stock and supply the fittings, valves, and accessories that can be added to the order to make us "a one stop shop" for the job.

As a warehouse stocking master distributor who pays for handling, packaging, and shipping the product along with other sanitary stainless-steel products, it is a necessity to make a profit.

I expected that the two U.S. Mills whether it be Rath Manufacturing or United Industries support our company with a price level for us to make a profit since we are buying, handling, packaging and shipping the product.

ERID 117044-020

Rath Manufacturing per Paul Sedivy, sales manager said they had other master distributors, and this would be a conflict of interest.

As for United Industries, they have a master distributor, distributors and customers who purchase from them as well as Sanitary Solutions. As Mr. Brockmann said, United Industries could not get close to the price levels needed. The prices he (Jeff @ Sanitary Solutions) shared with me were below or barely above United Industries costs to manufacture the product.

I fully understand that United Industries must make a profit, but Sanitary Solutions must also make a profit since the product would be stored and shipped from our location and we would assume the responsibility and pay the shipping costs to the location.

United Industries has one other domestic competitor—Rath Industries. Sanitary Solutions was left no alternative but to purchase from Thailand and import sanitary stainless-steel tube after Rath said no and United would not support us with a price level that was needed to make any type of profit.

By the way, isn't this about free enterprise—To buy and make a profit?

Mr. Brockmann from United Industries needs to be very careful in his statements that U.S. importers like Sanitary Solutions bring in cheap steel products from abroad. The company that I purchase from overseas has the same certifications and qualifications that his company has and to imply that Sanitary Solutions purchases based on cheap pricing - cheap products, is degrading and inflammatory.

In closing, Sanitary Solutions is a master distributor who does not fit into United Industries business plan. Sanitary Solutions business model as a master distributor conflicts with United Industries due to a duplicate customer base. As a stocking master distributor, United Industries will not support Sanitary Solutions with a price level needed to make any type of profit.

Jeff Casillo/Owner
Sanitary Solutions, Inc.
49 C. Trotter Road
West Columbia, SC 29169


***Please see the following 4 pages of documentation and email communication that we have filed rebuttals on for previous applications that have objected by United Industries. It shows the continual efforts by them to block unfairly our efforts to receive exemptions.

ERID 117044-021

*previous rebuttal info**

## SUPPLEMENTAL TO REBUTTAL OF LE COMMODITIES, LLC

United Industries, Inc. ("United Industries") claims that it has the ability to supply the product noted in LE Commodities, LLC ("LE Commodities") exclusion request in the United States. This is not true. Pursuant to 15 C.F.R. Part 705 Supplement, "to grant exclusions from the duties at the request of directly affected parties located in the United States if the steel articles are determined not to be produced in the United States in a sufficient and reasonably available amount". United Industries cannot meet LE Commodities sole customer Sanitary Solutions, Inc ("Sanitary Solutions") required demand as demonstrated by the following:

Sanitary Solutions contacted United Industries multiple occasions in 2019 in an attempt to buy the product at issue, i.e. Stainless Sanitary Tubing ASTM A270 in various grades and sizes via various phone calls and email correspondence. Sanitary Solutions advised to United Industries that they were buying from a source in Thailand and would be "humbled that you would consider our company to sell to Sanitary Solutions" Refer to (Exhibit A) an email communication string between Mr. Jeff Casillo, President of Sanitary Solutions and Mr. Dan Brockman, Senior Vice President Sales & Marketing, Mr. Greg Sturicz, President, United Industries, Inc..

Jeff Casillo said they made numerous attempts to work with United Industries, but United Industries offered inflated and unfair pricing that would prohibit him from making a profit as a stocking supplier to USA distributors.

Efforts were made by Jeff Casillo to provide a target price so that Sanitary Solutions could stock and sell United Industries tube. Dan Brockman of United Industries expressly denied these different pricing options stating that it would upset his current distributors. Dan Brockman's counteroffer was to only offer the same pricing that he offers his distributors. As a stocking reseller of tube, this unrealistic offer would leave no room for profit for Sanitary Solutions.

As an alternative and in an effort to continue to act in good faith, Jeff Casillo offered to stencil "Sanitary Solutions" onto the product so as to not upset the distributor base. Mr. Brockman turned down that offer as well and ended the communications.

Also the statements made from United Industries (refer to United Industries Objection Application, Page 6, fields 9 and 10) that they are only utilizing 61% of their tubing production capacity are without merit. For example, they provide no such evidence of this claim and if this was actually true then why does a producing mill in this current robust marketplace have such a high percentage, 39%, of equipment, machinery, facilities sitting idle? To have fix costs not generating any income for basically 40 percent of your capacity makes no business sense. Steel mills today have full order books with long lead times and are actually in expansion mode. Why would United Industries not accept new business with Sanitary Solutions to help reduce this over capacity issue, as they offered reasonable pricing for both companies to make a profit. It is extremely costly for a mill to have underutilized capacity and we find this claim to be completely unfounded.

In conclusion, it is very apparent after many attempts by Sanitary Solutions to purchase directly from United Industries that they had zero interest due to the prohibitive pricing that was offered, which then gave Sanitary Solutions no choice but to find alternative sourcing overseas; for which they have, in the joint effort between LE Commodities and Sanitary Solutions.

We hope the Bureau of Industry and Security will take a careful review of the actual facts in this rebuttal and grant the requested exemption.

Thanking you in advance,


ELAINE MOREIRA
Principal / LE Commodities, LLC

*Elaine Moreira*

JEFF CASILLO
President-Owner / Sanitary Solutions

*Jeff Casillo*

LE COMMODITIES, LLC    SANITARY SOLUTIONS

*****This letter and exhibit attachments were provided to the Bureau of Industry and Security confidentially in order to protect the customer's identity pursuant to 15 C.F.R. Part 705 Supplement 1(b)(5).

ERID 117044-022

**elaine@lecommodities.com**

**From:**          Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Sent:**          Monday, February 3, 2020 12:14 PM
**To:**            elaine@lecommodities.com
**Subject:**       FW: Phone Message

**From:** Jeff Casillo
**Sent:** Thursday, April 11, 2019 11:04 AM
**To:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Subject:** RE: Phone Message

**EXHIBIT A**

Hi Dan—

I can supply you with my last order—

1"—304—12,600'
1"—316L—6300'
1.5"—304—13800'
1.5"—316L—5520'
2"—304—24600'
2"—316L—5900'
2.5"—304—5240'
2.5"—316L—2620'
3"—304—15000'
3"—316L—9000'
4"—304—11520'
4"—316L—4800'

This is shipping as I write.

Thanks

Jeff

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Wednesday, April 10, 2019 1:51 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** RE: Phone Message

Jeff,

Could you give me an idea of what quantities you would order for each size?

Dan

1

ERID 117044-023

**From:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Sent:** Wednesday, April 10, 2019 10:50 AM
**To:** Dan Brockmann <DBrockmann@unitedindustries.com>; Greg Sturicz <gregs@unitedindustries.com>
**Subject:** RE: Phone Message

Hi Dan—

# EXHIBIT A

Thank you for calling me—

I am humbled that you would consider our company to sell to Sanitary Solutions. 

We would like to buy 3-A A270 material and private label the tube under the Sanitary Solutions name.

We have the 3-A authorization for tube—Please check website for 3-A authorization.

This would not interfere with your present customer base and would assist us.

Sanitary Solutions is interested in T304L and T316L grade material for the Food/Dairy Markets.

We have zero interest in the Bio-Pharm market and service the Food/Dairy/Beverage market.

As you are aware, we are under the tariffs that the present administration has placed—Since we stock and sell tubing (1/2"—12") sizes as part of a package that includes fittings, valves, accessories--- we must be competitive with our major competitor—Rath.

We are seeing them pop up very much and they are promoting this very heavily into the poultry markets—Is it possible for us to compete in this market and sell material that you manufacture and be competitive?

Next, since we stock, what do we need to stock to make this profitable for both companies?

Dan, we are presently buying material in Thailand and they put together a nice package.

We have an order coming that will be delivered in the next couple of weeks—

Here are a couple of sample prices—

1"—T304L—A270—1.39'
1"—T316L—A270—2.24'

3"—T304L—A270—4.67'
3"—T316L—A270—6.75'

I will be looking at my next buy in the 3rd week of May.

Let me know your thoughts

Jeff
Sanitary Solutions, Inc.  49 C. Trotter Road, West Columbia, SC 29169
www.sanitarysolutionsinc.com

ERID 117044-024

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Monday, April 8, 2019 4:56 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** Phone Message

# EXHIBIT A

Jeff,

Sorry I have not gotten back to you. I just got the message about 10 minutes ago.  Four messages just popped up on phone from last week.  I will try to call you on my way home.  It will be just past 5:30 your time.  If this does not work, I will call you tomorrow.

**Dan Brockmann**, *Senior Vice President Sales & Marketing*
**United Industries, Inc.** | Sales & Administration  | 1546 Henry Avenue | Beloit, WI 53511
**United Industries, Inc.** | Manufacturing | 95 Lakeview Drive | Selmer, TN 38375
**United Industries Cutting & Fabricating** | 130 Three Star Drive | Selmer, TN 38375
608-368-4630 (O) | 608-774-9332 (M) | dbrockmann@unitedindustries.com | www.unitedindustries.com

ERID 117044-025

# U.S. Department of Commerce

Section 232 Steel and Aluminum

## Objecting Organization Information

**Full Organization Legal Name**
United Industries Inc

**Street Address**
1546 Henry Avenue

**City**
Beloit

**State**
Wisconsin

**Zip Code**
53511

**Headquarters Country**
United States

**Point of Contact Name**
Dan Brockmann

**Phone Number**
608 368 4630

**E mail Address**
dbrockmann@unitedindustries.com

**Web Site Address**
https://www.unitedindustries.com

## Organization Requesting Exclusion

**Full Organization Legal Name**
LE Commodities LLC

**Street Address**
2807 Hillview Court

**City**
Fairfield

**State**
California

**Zip Code**
94534

## Product Information

**Exclusion Request number**
117044

**10 Digit HTSUS Code**
7306405040

**Annual Exclusion Quantity Requested(Kilograms)**
252000          Kilograms

Appx1025

ERID 117044-026

# Reason for Objection

Indicate what type of order the Exclusion Request that is the subject of the Objection Filing would pertain to:

> Standard Product

Comments

> This product is manufactured every 4 6 weeks in our Selmer, Tennessee facility.  We typically keep around 10,000 feet in stock at all times.

Is the product type identified in the Exclusion Request currently manufactured by your organization in the United States , or can it immediately be made (within 8 weeks) by your organization, in a company owned plant in the United States?  If "Yes" identify the location(s) of your production facilities  in the United States.

> Yes

Locations

| | City | State | Current Annual Plant Production Capacity (mt) | % Plant Utilization Current | |
|---|---|---|---|---|---|
| | Selmer | Tennessee | 15000000 | 61 | |

This organization does not currently manufacture the identified product, but can produce the product identified in the Exclusion Request within the following time period at the following facilities:

Comments

Does this organization currently manufacture, or can immediately manufacture (within 8 weeks), in a company owned plant located in the United States a substitute product for the identified product that has similar form, fit, function, and  performance?  If "Yes" identify the location(s) of your production facilities  in the United States, current plant capacity and utilization

This organization does not currently manufacture the identified product, but can make a substitute product that has similar form, fit, function, and performance within the following time period at the following facilities:

Comments

Select "Yes" for any assertions identified in the Exclusion Request that your organization is challenging:

Appx1026

ERID 117044-027

| No Production Capacity | Yes |
| Product Quality | No |
| Shipping Time | No |
| Insufficient Volume | No |
| Unique Product | No |
| Other (specify here) | |

**Discuss the suitability of your organization's steel product compared to that identified by the Exclusion Requestor.**

United Industries manufactures this exact tubing LE Commodities is asking for an exclusion on. The material United Industries manufactures is: 4&quot; OD, .083 wall, 20 foot lengths, 304/304L, Welded Stainless Steel Tubing, heat treatment which is annealed in line at 1900 F, surface finish ID to 20 Ra Max, OD polished to 32 Ra max, and ASTM A270. Meets 3A 33 03. Our tubing is equal or better then what they order. ASTM A270 does not require pickling, but we can.

Provide a full technical description of the properties of the product it manufactures relative to specifications cited in the Exclusion Request posted in regulations.gov. This description must include information on dimensions, plus performance factors such as strength, toughness, ductility, magnetic permeability, surface finish, coatings, and other relevant data.

State the chemical composition of the specific product that your organization can manufacture at a company owned production facility located in the United States. Numbers may appear rounded, but full values will be stored.

| Chemical | Aluminum | Antimony | Bismuth | Boron | Carbon |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0.035 |
| | Chromium | Cobalt | Copper | Iron | Lead |
| Minimum % | 18.0 | 0 | 0 | 0 | 0 |
| Maximum % | 20.0 | 0 | 0 | 0 | 0 |
| | Magnesium | Manganese | Molybdenum | Nickel | Niobium |
| Minimum % | 0 | 0 | 0 | 8.0 | 0 |
| Maximum % | 0 | 2.0 | 0 | 12.0 | 0 |

ERID 117044-028

|  | | | | |
|---|---|---|---|---|
| % | 0 | 2.0 | 0 | 12.0 | 0 |

|  | Nitrogen | Phosphorus | Selenium | Silicon | Sulfur |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |

|  | | | | | |
|---|---|---|---|---|---|
| Maximum % | 0 | 0.045 | 0 | 1.0 | 0.03 |

|  | Tellurium | Tin | Titanium | Tungsten | Vanadium |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0 |

|  | Zinc | Zirconium | Other Chemical | | |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | | |
| Maximum % | 0 | 0 | 0 | | |

Comments

Provide the following information on the single product that is the subject of this Objection Filing: 1) dimensional information covering the single product subject to the Exclusion Request; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature. Numbers may appear rounded, but full values will be stored.

Product Specifications (Millimeters)

|  | Thickness | Inside Diameter | Outside Diameter | Length | Width | Height |
|---|---|---|---|---|---|---|
| Minimum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |
| Maximum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |

Strength

|  | Tensile Strength Mega Pascal (MPa) | Yield Strength Mega Pascal (MPa) | Hardness (specify method   Brinnell, Rockwell, Vickers, etc.) |
|---|---|---|---|
|  | | | Rockwell B |
| Minimum | 517 | 207 | 0 |
| Maximum | 0 | 0 | 90 |

ERID 117044-029

Toughness (If Applicable)

| Test Type | Drop Weight Tear Testing | Impact (Charpy) Testing | Other |
|---|---|---|---|
| | | | Provide Test Method |
| Temperature | | | |
| Joules | | | |
| % Shear | | | |

Comments

Provide the following information on the single product that is the subject of this Objection Filing: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness. Numbers may appear rounded, but full values will be stored.

| | Global Ductility | | Local Ductility | |
|---|---|---|---|---|
| | Elongation % | Reduction in Area % | Hole Expansion % | Bendability (mm) |
| Minimum | 35 % | 0 % | 0 % | 0 mm |
| Maximum | 0 % | 0 % | 0 % | 0 mm |

| | Magnetic Permeability | | | Surface Finish |
|---|---|---|---|---|
| | Epstein Test | Greer Lab Method | Stacked Wide Sheet | Profilometer  [SAE J911] |
| Minimum | 0 | 0 | 0 | 0 |
| Maximum | 0 | 0 | 0 | 20 |

| Coating Type and Composition | | |
|---|---|---|
| Coating Method | Coating Product Name and Abbreviation | Composition (e.g., Zn, Al, Si, Mg) |
| | | |

| Coating Weight and Thickness | |
|---|---|
| | Coating Weight | Coating Thickness |

ERID 117044-030

| | | | | |
|---|---|---|---|---|
| Minimum | 0 | grams psq | 0 | micrometers |
| Maximum | 0 | grams psq | 0 | micrometers |

Select any additional processing methods used:

[ ] [ ] [ ]

Comments

[ ]

What percentage of the total product tonnage requirement covered under the Exclusion Request that is the subject of this Objection Filing can your organization manufacture at its U.S. plants on a timely basis?  `100` %

State the number of days required by your organization to ship from its U.S. manufacturing plant the product covered by this Exclusion Request from the time the purchase order is received:  `2`

State the number of days required to manufacture the product covered by this Exclusion Request from the time a binding purchase order is received:  `35`

State the delivery time in days for the product covered under this Exclusion Request from the time it is shipped from your manufacturing plant to the Exclusion Requestor's loading dock:  `6`

Comments

Industry standard A270 3A Sanitary tubing is manufactured every week at United Industries Selmer, TN facility.  5,000' 15,000' is stocked in our warehouse.  With expedited delivery, United can manufacture more in 7 14 days.

Identify the reasons your organization objects to an Exclusion Request being granted to the applicant. Written comments may be submitted (not required) for each of the reasons your organization has cited in the Objection Filing form. Organizations filing Objections should identify factual problems in the Exclusion Request (e.g., product description).

The claim of insufficient US availability is false.  United Industries is currently utilizing only 61% of its tubing capacity.  LE Commodities mentions only price as the issue.

Has the organization making the Exclusion Request asserted that there is no capability in the United States to manufacture this type of product it requires?  `Yes`

Comments

LE Commodities claims there are insufficient quantities produced by the only two domestic mills so it is impossible to fulfill market consumption.  United Industries has unused capacity.

Has the Exclusion Requestor supported its assertion of product uniqueness with engineering and scientific data, or independent laboratory tests results?  `No`

ERID 117044-031

Does your organization have technical data to disprove the assertions of the Exclusion Requestor? If "Yes" provide comments in the space below, or in attachments.

No ▾

Comments

[                                                                          ]

Has the organization making this Objection Filing within the last two years attempted to sell, or successfully sold, the product described in the Exclusion Request to the exclusion requestor previously?

Yes ▾

Does your organization manufacture a product similar to that cited in the Exclusion Request for which it has asked to Exclusion Requestor, within two years of the filing of the Exclusion Request, to perform a formal technical qualification to determine equivalency in form, fit, function and performance?

No ▾

Did the Exclusion Requestor accept or reject the request to perform a formal technical qualification?

Not Applicable ▾

Comments

[                                                                          ]

# Certification

Instruction: This Objection Filing must be submitted by an organization official authorized to certify the document as being accurate and complete.

The undersigned certifies that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge. It is a criminal offense to willfully make a false statement or representation to any department or agency of the United States Government as to any matter within its jurisdiction. [18 U.S.C. 1001 (1984 & SUPP. 1197)]

Company Name

[ United Industries Inc                        ]

Name of Authorizing Official

[ Dan Brockmann                                ]

Title of Authorizing Official

[ Vice President of Sales & Marketing          ]

Phone Number

[ 608 368 4630                                 ]

Email of Authorizing Official

[ dbrockmann@unitedindustries.com             ]

If the Point of Contact is different from the Authorizing Official provide point of contact information below.

Point of Contact Name

[                                              ]

Title

[                                              ]

E mail Address

[                                              ]

Phone Number

[                                              ]

I have additional information to provide that is proprietary or otherwise business confidential

No

ERID N7044-032

that is relevant and necessary to this submission:

Small Business?

## Attachment

There are no attachments for this objection filing

## Published Objection Rebuttal

| Company | Product | Posted Date | Details |
|---|---|---|---|
| LE Commodities, LLC | Steel | 9/8/2020 | Details |

Back

For questions about the exclusion process, please email or call:
Aluminum232@bis.doc.gov or 202-482-4757 for aluminum-related inquiries, and Steel232@bis.doc.gov or 202-482-5642 for steel-related inquiries.



## U.S. Department of Commerce

1401 Constitution Ave NW
Washington, DC 20230

Accessibility  •  Privacy policy

ERID 117044-033



# U.S. Department of Commerce

Section 232 Steel and Aluminum

## Rebutting Organization Information

**Full Organization Legal Name**
LE Commodities, LLC

**Street Address**
2807 Hillview Court

**City**
Fairfield

**State**
California

**Zip Code**
94534

**Headquarters Country**
United States

**Point of Contact Name**
Elaine Moreira

**Phone Number**
7073307678

**E mail Address**
elaine@lecommodities.com

**Web Site Address**
http://www.lecommodities.com

## Rebuttal of Objections Filed Against An Exclusion Request

Exclusion Request number
117044

Objection to Exclusion Request Identifier #
37189

Does this rebuttal address a substitute or an identical product?
Identical Product

Are you submitting confidential business information with this form? (If yes, please email it to 232rebuttals@doc.gov and submit a public version with this form. Confidential business information related to this rebuttal will not be made available to the public.)
No

## The basis of your rebuttal is for the following reason(s):

Manufacturing Time        No

Quality        No

Available Quantity        Yes

Delivery Time        No

ERID 117044-034

Other (limit: 100 characters)

## Basis for Rebuttal of Objection Filings

MANUFACTURING TIME Challenging the Objector's assertion that:

The product is currently made in the U.S. or can be manufactured at U.S. facilities within approximately eight weeks — No

The Objector does not currently manufacture the identified product at U.S. facilities, but states the time period within which they can do so — No

The Objector can currently manufacture an acceptable substitute product at U.S. facilities within approximately eight weeks. — No

The Objector does not currently manufacture an acceptable substitute product at U.S. facilities, but states the time period within which they can produce an acceptable substitute product. — No

The Objector can manufacture the product within the time frame stated in their Objection filing. — No

Please provide a brief explanation of your challenge to the product manufacturing time (limit: 1,000 characters)

QUALITY Challenging the Objector's assertion that their product is interchangeable with respect to its:

Chemical composition — No

Dimensional specifications — No

Strength — No

Toughness — No

Ductility — No

Magnetic permeability — No

Surface finish — No

Coatings and composition — No

Other technical specifications (e.g., end use requirements) — No

Please provide a brief explanation of your challenge to the product manufacturing time (limit: 1,000 characters)

ERID 117044-035

AVAILABLE QUANTITY Challenging the Objector's assertion that:

Domestic product is available in sufficient quantity.

Yes

The Objector can supply the percentage of product stated in their Objection filing.

Yes

U.S. manufacturers have the capability to manufacture the identified product.

No

The Objector has sold or has attempted to sell the product described in the Exclusion Request.

Yes

Please provide a brief explanation of your challenge to the product manufacturing time (limit: 1,000 characters)

Under the Available Quantity Issue   we have drafted attached letter with full details to explain why the objectors statements are inaccurate and false.  Please we need you to ready the documentation completely. Thank you very much

DELIVERY TIME Challenging the Objector's assertion that:

Domestic product is available for timely delivery from the time the purchase order is received until the product is ready to ship.

No

Domestic product is available for timely delivery from manufacturing plant to loading dock.

No

Please provide a brief explanation of your challenge to the product manufacturing time (limit: 1,000 characters)

# Certification

Instruction: This Objection Filing must be submitted by an organization official authorized to certify the document as being accurate and complete.

The undersigned certifies that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge. It is a criminal offense to willfully make a false statement or representation to any department or agency of the United States Government as to any matter within its jurisdiction. [18 U.S.C. 1001 (1984 & SUPP. 1197)]

Company Name

LE Commodities, LLC

Name of Authorizing Official

Elaine Moreira

Title of Authorizing Official

President

Phone Number

7073307678

Email of Authorizing Official (Email address will be used for submission and withdrawal verification!)

elaine@lecommodities.com

If the Point of Contact is different from the Authorizing Official provide point of contact information below.

Point of Contact Name

Title

ERID 117044-036

E mail Address                                          Phone Number

Small Business?

# Attachment

[View attachment file](#)

# Published Surrebuttal

| Company | Product | Posted Date | Details |
|---|---|---|---|
| United Industries Inc | Steel | 9/16/2020 | [Details](#) |

Back

For questions about the exclusion process, please email or call:
Aluminum232@bis.doc.gov or 202-482-4757 for aluminum-related inquiries, and Steel232@bis.doc.gov or 202-482-5642 for steel-related inquiries.



**U.S. Department of Commerce**

1401 Constitution Ave NW
Washington, DC 20230

Accessibility    •    Privacy policy

ERID 117044-037



September 4, 2020

To: Department of Commerce

Re: Exclusion Request Number 117044
Rebuttal to United Industries Objection
Objection to Exclusion Request identifier number: 37189


We are filing very this very important rebuttal to the United Industries objection.

Our main points are;

United Industries states material stocked in their warehouse - refer to their objection page 2 under first comment section "we typically keep around 10,000 feet in stock at all times" and page 6 under 2nd section comments "5000' - 15,000' is stocked in our warehouse". United Industries is both a manufacture and a stockiest which then causes a competitor issue between our companies.

Sanitary solutions is a Master Distributor for sanitary tubing and related sanitary products (values, fittings etc) and both United Industries and ourselves sell to the same customer base which is why they will not sell to us. They want to push us out of the market with their unfair monopolist business practices by filing objections continually to our exemptions.

We also then reasonably concluded that besides not wanting to sell to us as direct competitors , United Industries must not have enough production due to the fact that if they really had sitting idle 39% of their production capability (stated by United Industries page 6 of objection 61% current utilization) that they would find a flexible price point that both Sanitary Solutions and United would benefit from and sell to us, simple.

Only a mismanaged mill or one that is not being transparent about their production capabilities would not sell to a customer , even if their margins were smaller to keep the mill full. It is common practice that mills have variety of customers; large volume with lower profit and lower volume with higher profit.. It is extremely expensive for a mill that has operating costs 24/7 to not utilized unused capacity.

Also United Industries makes continual statements that we buy cheap material at cheap prices, undercutting the market here. How do they know this? This product that we buy from our source in Asia

ERID 117044-038

makes excellent quality - they would not have received their specialized 3-A certification if they were not (most mills that produce Sanitary Tubing do not). We find offense to their false statement on page 3 of the objection " our tubing is equal or better then what they order".

It is obvious that United Industries tries to continually portray a scenario that Sanitary Solutions buys cheap material from overseas mills and therefore undercuts the market here with lower prices and that we should not be granted any exemption. Further from the truth - as stated we pay premium for this specialized material and that it is obvious that due to the fact that there are only TWO domestic mills for the entire USA market , which again can not suffice the demand. United Industries is trying to close off the market to fair competition.

We feel they want the U.S. Department of Commerce to think that we as importers continually try to hurt and damage the market here with flooding cheap products. If you refer to the small quantity that we are asking for exemption on this in no way has any effect in hurting the market here and we are very careful to buy at pricing that doesn't disrupt or damage the market.

We can conclude that United Industries wants to have NO competitors.

Please read the attached documents which show the details and struggles showing that Sanitary Solutions tried unsuccessfully to buy from United Industries.

They can not be allowed to stop fair competition which goes against the foundation of our country business principles.

Thank you,
Jeff Casillo / Owner
Sanitary Solutions

ERID 117044-039



July 20, 2020

Mr. Brad Botwin, Director Industrial Studies
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Avenue, NW, Room 1093
Washington, DC 20230

Dear Mr. Botwin,

I am the owner of Sanitary Solutions, Inc who, as a master distributor, supplies sanitary
stainless-steel fittings, valves, tubing and accessories to various distributors in the USA and
Canada.

I had e-mails with Dan Brockmann, VP of Sales @ United Industries (domestic mill) about the
possibility of purchasing and stocking sanitary stainless-steel tube.

Unfortunately, we are not able to purchase material from United Industries since we are
competing against other master distributors that United Industries has set up before Sanitary
Solutions approached United Industries.

Since the sanitary stainless-steel market is relatively small distribution wise, many of the
distributors that Sanitary Solutions supplies also buys from United Industries. Our customer
base wishes to buy from us since we also stock and supply the fittings, valves, and accessories
that can be added to the order to make us "a one stop shop" for the job.

As a warehouse stocking master distributor who pays for handling, packaging, and shipping the
product along with other sanitary stainless-steel products, it is a necessity to make a profit.

I expected that the two U.S. Mills whether it be Rath Manufacturing or United Industries
support our company with a price level for us to make a profit since we are buying, handling,
packaging and shipping the product.

ERID 117044-040

Rath Manufacturing per Paul Sedivy, sales manager said they had other master distributors, and this would be a conflict of interest.

As for United Industries, they have a master distributor, distributors and customers who purchase from them as well as Sanitary Solutions. As Mr. Brockmann said, United Industries could not get close to the price levels needed. The prices he (Jeff @ Sanitary Solutions) shared with me were below or barely above United Industries costs to manufacture the product.

I fully understand that United Industries must make a profit, but Sanitary Solutions must also make a profit since the product would be stored and shipped from our location and we would assume the responsibility and pay the shipping costs to the location.

United Industries has one other domestic competitor—Rath Industries. Sanitary Solutions was left no alternative but to purchase from Thailand and import sanitary stainless-steel tube after Rath said no and United would not support us with a price level that was needed to make any type of profit.

By the way, isn't this about free enterprise—To buy and make a profit?

Mr. Brockmann from United Industries needs to be very careful in his statements that U.S. importers like Sanitary Solutions bring in cheap steel products from abroad. The company that I purchase from overseas has the same certifications and qualifications that his company has and to imply that Sanitary Solutions purchases based on cheap pricing - cheap products, is degrading and inflammatory.

In closing, Sanitary Solutions is a master distributor who does not fit into United Industries business plan. Sanitary Solutions business model as a master distributor
conflicts with United Industries due to a duplicate customer base. As a stocking master distributor, United Industries will not support Sanitary Solutions with a price level needed to make any type of profit.

Jeff Casillo/Owner
Sanitary Solutions, Inc.
49 C. Trotter Road
West Columbia, SC 29169


***Please see the following 4 pages of documentation and email communication that we have filed rebuttals on for previous applications that have objected by United Industries. It shows the continual efforts by them to block unfairly our efforts to receive exemptions.

ERID 117044-041

*previous rebuttal info*

## SUPPLEMENTAL TO REBUTTAL OF LE COMMODITIES, LLC

United Industries, Inc. ("United Industries") claims that it has the ability to supply the product noted in LE Commodities, LLC ("LE Commodities") exclusion request in the United States. This is not true. Pursuant to 15 C.F.R. Part 705 Supplement, "to grant exclusions from the duties at the request of directly affected parties located in the United States if the steel articles are determined not to be produced in the United States in a sufficient and reasonably available amount". United Industries cannot meet LE Commodities sole customer Sanitary Solutions, Inc ("Sanitary Solutions") required demand as demonstrated by the following:

Sanitary Solutions contacted United Industries multiple occasions in 2019 in an attempt to buy the product at issue, i.e. Stainless Sanitary Tubing ASTM A270 in various grades and sizes via various phone calls and email correspondence. Sanitary Solutions advised to United Industries that they were buying from a source in Thailand and would be "humbled that you would consider our company to sell to Sanitary Solutions" Refer to (Exhibit A) an email communication string between Mr. Jeff Casillo, President of Sanitary Solutions and Mr. Dan Brockman, Senior Vice President Sales & Marketing, Mr. Greg Sturicz, President, United Industries, Inc..

Jeff Casillo said they made numerous attempts to work with United Industries, but United Industries offered inflated and unfair pricing that would prohibit him from making a profit as a stocking supplier to USA distributors.

Efforts were made by Jeff Casillo to provide a target price so that Sanitary Solutions could stock and sell United Industries tube. Dan Brockman of United Industries expressly denied these different pricing options stating that it would upset his current distributors. Dan Brockman's counteroffer was to only offer the same pricing that he offers his distributors. As a stocking reseller of tube, this unrealistic offer would leave no room for profit for Sanitary Solutions.

As an alternative and in an effort to continue to act in good faith, Jeff Casillo offered to stencil "Sanitary Solutions" onto the product so as to not upset the distributor base. Mr. Brockman turned down that offer as well and ended the communications.

Also the statements made from United Industries (refer to United Industries Objection Application, Page 6, fields 9 and 10) that they are only utilizing 61% of their tubing production capacity are without merit. For example, they provide no such evidence of this claim and if this was actually true then why does a producing mill in this current robust marketplace have such a high percentage, 39%, of equipment, machinery, facilities sitting idle? To have fix costs not generating any income for basically 40 percent of your capacity makes no business sense. Steel mills today have full order books with long lead times and are actually in expansion mode. Why would United Industries not accept new business with Sanitary Solutions to help reduce this over capacity issue, as they offered reasonable pricing for both companies to make a profit. It is extremely costly for a mill to have underutilized capacity and we find this claim to be completely unfounded.

In conclusion, it is very apparent after many attempts by Sanitary Solutions to purchase directly from United Industries that they had zero interest due to the prohibitive pricing that was offered, which then gave Sanitary Solutions no choice but to find alternative sourcing overseas; for which they have, in the joint effort between LE Commodities and Sanitary Solutions.

We hope the Bureau of Industry and Security will take a careful review of the actual facts in this rebuttal and grant the requested exemption.

Thanking you in advance,

ELAINE MOREIRA
Principal / LE Commodities, LLC

JEFF CASILLO
President-Owner / Sanitary Solutions

LE COMMODITIES, LLC  SANITARY SOLUTIONS

*****This letter and exhibit attachments were provided to the Bureau of Industry and Security confidentially in order to protect the customer's identity pursuant to 15 C.F.R. Part 705 Supplement 1(b)(5).

ERID 117044-042

elaine@lecommodities.com

| | |
|---|---|
| **From:** | Jeff Casillo <Jeff@sanitarysolutionsinc.com> |
| **Sent:** | Monday, February 3, 2020 12:14 PM |
| **To:** | elaine@lecommodities.com |
| **Subject:** | FW: Phone Message |

**From:** Jeff Casillo
**Sent:** Thursday, April 11, 2019 11:04 AM
**To:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Subject:** RE: Phone Message

**EXHIBIT A**

Hi Dan—

I can supply you with my last order—

1"—304—12,600'
1"—316L—6300'
1.5"—304—13800'
1.5"—316L—5520'
2"—304—24600'
2"—316L—5900'
2.5"—304—5240'
2.5"—316L—2620'
3"—304—15000'
3"—316L—9000'
4"—304—11520'
4"—316L—4800'

This is shipping as I write.

Thanks

Jeff

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Wednesday, April 10, 2019 1:51 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** RE: Phone Message

Jeff,

Could you give me an idea of what quantities you would order for each size?

Dan

1

ERID 117044-043

**From:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Sent:** Wednesday, April 10, 2019 10:50 AM
**To:** Dan Brockmann <DBrockmann@unitedindustries.com>; Greg Sturicz <gregs@unitedindustries.com>
**Subject:** RE: Phone Message

Hi Dan—

**EXHIBIT A**

Thank you for calling me—

I am humbled that you would consider our company to sell to Sanitary Solutions. 

We would like to buy 3-A A270 material and private label the tube under the Sanitary Solutions name.

We have the 3-A authorization for tube—Please check website for 3-A authorization.

This would not interfere with your present customer base and would assist us.

Sanitary Solutions is interested in T304L and T316L grade material for the Food/Dairy Markets.

We have zero interest in the Bio-Pharm market and service the Food/Dairy/Beverage market.

As you are aware, we are under the tariffs that the present administration has placed—Since we stock and sell tubing (1/2"—12") sizes as part of a package that includes fittings, valves, accessories--- we must be competitive with our major competitor—Rath.

We are seeing them pop up very much and they are promoting this very heavily into the poultry markets—Is it possible for us to compete in this market and sell material that you manufacture and be competitive?

Next, since we stock, what do we need to stock to make this profitable for both companies?

Dan, we are presently buying material in Thailand and they put together a nice package.

We have an order coming that will be delivered in the next couple of weeks—

Here are a couple of sample prices—

1"—T304L—A270—1.39'
1"—T316L—A270—2.24'

3"—T304L—A270—4.67'
3"—T316L—A270—6.75'



I will be looking at my next buy in the 3rd week of May.

Let me know your thoughts

Jeff
Sanitary Solutions, Inc.  49 C. Trotter Road, West Columbia, SC 29169
www.sanitarysolutionsinc.com

Appx1043

ERID 117044-044

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Monday, April 8, 2019 4:56 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** Phone Message



Jeff,

Sorry I have not gotten back to you. I just got the message about 10 minutes ago. Four messages just popped up on phone from last week. I will try to call you on my way home. It will be just past 5:30 your time. If this does not work, I will call you tomorrow.

**Dan Brockmann**, *Senior Vice President Sales & Marketing*
**United Industries, Inc.|** Sales & Administration | 1546 Henry Avenue | Beloit, WI 53511
**United Industries, Inc.|** Manufacturing | 95 Lakeview Drive | Selmer, TN 38375
**United Industries Cutting & Fabricating** | 130 Three Star Drive | Selmer, TN 38375
608-368-4630 (O) | 608-774-9332 (M) | dbrockmann@unitedindustries.com | www.unitedindustries.com

3

ERID 117044-045



# U.S. Department of Commerce

Section 232 Steel and Aluminum

## Surrebutting Organization Information

**Full Organization Legal Name**
United Industries Inc

**Street Address**
1546 Henry Avenue

**City**
Beloit

**State**
Wisconsin

**Zip Code**
53511

**Headquarters Country**
United States

**Point of Contact Name**
Dan Brockmann

**Phone Number**
6083684630

**E mail Address**
dbrockmann@unitedindustries.com

**Web Site Address**
https://www.unitedindustries.com

## Surrebuttal of Objections Filed Against An Exclusion Request

Exclusion Request number
117044

Objection to Exclusion Request Identifier #
37189

Rebuttal Identification #
21403

Does this surrebuttal address a substitute or an identical product?
Identical Product

Are you submitting confidential business information with this form? (If yes, please email it to 232surrebuttals@doc.gov and submit a public version with this form. Confidential business information related to this surrebuttal will not be made available to the public.)
No

## The basis of your surrebuttal is for the following reason(s):

Manufacturing Time
No

Quality
No

Available Quantity
Yes

Appx1045

ERID 117044-046



Delivery Time

No

Other (limit: 100 characters)

United Industries manufactures this product in Selmer, Tennessee every 4  6 weeks.

## Basis for Surrebuttal of Objection Filings

MANUFACTURING TIME
Challenging the Objector's assertion that:

The product is currently made in the U.S. or can be manufactured at U.S. facilities within approximately eight weeks — Yes

The Objector does not currently manufacture the identified product at U.S. facilities, but states the time period within which they can do so — No

The Objector can currently manufacture an acceptable substitute product at U.S. facilities within approximately eight weeks. — No

The Objector does not currently manufacture an acceptable substitute product at U.S. facilities, but states the time period within which they can produce an acceptable substitute product. — No

The Objector can manufacture the product within the time frame stated in their Objection filing. — No

Please provide a brief explanation of your challenge to the product manufacturing time (limit: 1,000 characters)

United Industries manufactures this product every 4  6 weeks in their Selmer, Tennessee facility.

QUALITY
Challenging the Objector's assertion that their product is interchangeable with respect to its:

Chemical composition — No

Dimensional specifications — No

Strength — No

Toughness — No

Ductility — No

Magnetic permeability — No

Surface finish — No

Coatings and composition — No

Other technical specifications (e.g., end  use requirements) — No

Please provide a brief explanation of your challenge to the product manufacturing time (limit: 1,000 characters)



Appx1046

ERID 117044-047

**AVAILABLE QUANTITY**

Challenging the Objector's assertion that:

Domestic product is available in sufficient quantity.                                    | Yes |

The Objector can supply the percentage of product stated in their Objection filing.       | Yes |

U.S. manufacturers have the capability to manufacture the identified product.             | No |

The Objector has sold or has attempted to sell the product described in the Exclusion Request. | Yes |

Please provide a brief explanation of your challenge to the product manufacturing time (limit: 1,000 characters)

United Industries manufacture this product in Selmer, Tennessee every 4 6 weeks. The issue is not availability, it is price.

**DELIVERY TIME**

Challenging the Objector's assertion that:

Domestic product is available for timely delivery from the time the purchase order is received until the product is ready to ship. | Yes |

Domestic product is available for timely delivery from manufacturing plant to loading dock. | Yes |

Please provide a brief explanation of your challenge to the product manufacturing time (limit: 1,000 characters)

United Industries stocks 5,000 15,000 of this tubing in the warehouse in Selmer, Tennessee.

# Certification

Instruction: This Objection Filing must be submitted by an organization official authorized to certify the document as being accurate and complete.

The undersigned certifies that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge. It is a criminal offense to willfully make a false statement or representation to any department or agency of the United States Government as to any matter within its jurisdiction. [18 U.S.C. 1001 (1984 & SUPP. 1197)]

Company Name

United Industries Inc

Name of Authorizing Official

Don Brockmann

Title of Authorizing Official

Vice President of Sales & Marketing

ERID 117044-048

Dan Brockmann

Vice President of Sales & Marketing

**Phone Number**

6083684630

**Email of Authorizing Official (Email address will be used for submission and withdrawal verification!)**

dbrockmann@unitedindustries.com

If the Point of Contact is different from the Authorizing Official provide point of contact information below.

**Point of Contact Name**

**Title**

**E mail Address**

**Phone Number**

**Small Business?**

# Attachment



[View attachment file](#)

Back

---

For questions about the exclusion process, please email or call:

Aluminum232@bis.doc.gov or 202-482-4757 for aluminum-related inquiries, and Steel232@bis.doc.gov or 202-482-5642 for steel-related inquiries.

**U.S. Department of Commerce**

1401 Constitution Ave NW
Washington, DC 20230

Accessibility    •    Privacy policy

ERID 117044-049

ATTACHMENT TO SUR REBUTTAL OF UNITED INDUSTRIES

From the answers set forth in the Rebuttal of LE Commodities, LLC (as well as their "Supplemental" statement attached to the Rebuttal), it is clear that the only basis for their claiming that "available quantities" of U.S.-sourced goods are "insufficient" as a basis for their Exclusion Requests 49045, 49053, 49061, 49062, 49063, 49064, and 49065 is that they do not want to pay the prices charged by United Industries.

The basis of LE's Rebuttal is not "manufacturing time", "quality", "delivery time", or any other basis except price.  Their Rebuttal states:

> "We are challenging the available quantity that the objector states they can sell to us. Their claims are false. Various attempts were made various occasions with no interest from United Industries."

However, as shown by the statement of Mr. Dan Brockmann and the April 2019 email correspondence between the parties (which are attached to this Sur-rebuttal), United Industries was in fact ready, willing, and able to provide the desired tubing to LE Commodities, just not at the price that LE Commodities wanted.

On April 10, 2019, Jeff Casillo of Sanitary Solutions, LE Commodities only customer for this product, wrote to Dan Brockmann of United Industries, asking for United's pricing on various sizes of steel tubing and stating "Dan, we are presently buying material in Thailand and they put together a nice package." Mr. Casillo then quoted "sample prices" on four types of tubing. After further email correspondence, Mr. Brockmann wrote to Mr. Casillo on April 15th making the following offer:

> "I wanted to let you know I don't think we can get close to **the pricing you need**. We might be able to on the 2 1/2" and up but we struggle on the 1" and the 1 1/2" is not very good either. If you are interested in working on the bigger sizes only I would be very interested." (Emphasis added)

Mr. Casillo did not respond to Mr. Brockmann's offer.  There was never any suggestion in this correspondence that United Industries did not have "available quantities" of product to meet LE's needs.  It was all about price.

The fact that LE Commodities preferred to pay lower prices charged by Asian manufacturers rather than purchase the goods from a U.S. manufacturer at a higher price does not make the U.S. sourced good "unavailable" to them.

Indeed, the situation that LE Commodities claims as a basis for an exclusion is precisely why the President imposed the remedies set forth in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes.  When U.S. importers bring in cheap steel products from abroad, they

ERID 117044-050

weaken our internal economy and cause America producers like United Industries to have excess capacity, close plants, and lay off workers.

For LE Commodities to request an exclusion because the offered price for U.S.-sourced products was too high constitutes a serious abuse of the exclusion process and should be denied.

ERID 117044-051



1546-Henry Avenue
Beloit, WI 53511

### Sur-Rebuttal from Dan Brockmann

I am the Vice President of Sales and Marketing of United Industries in Beloit, Wisconsin. I have read the exclusion requests numbered 49045, 49053, 49061, 49062, 49063, 49064, and 49065 filed by LE Commodities. I have also read the Rebuttals filed by LE in response to our objections.

LE claims that they attempted to buy from United Industries "on various occasions." (Their Rebuttals state: "{v}arious attempts were made [on] various occasions with no interest from United Industries.") This is not correct.  First, no one from LE Commodities ever contacted us. Rather Mr. Jeff Casillo, the CEO of Sanitary Solutions which is LE's only customer for steel tubing, contacted us on only one occasion.  Second, as described further below, we willingly offered to sell the steel tubing he wanted but not at the prices he requested.  There was no question that we stocked all of the requested tubing.

Jeff Casillo, of Sanitary Solutions called me the week of April 1st, 2019, and left a message that I should call him back.  We talked on the phone and Jeff expressed an interest in buying tubing from United Industries.  He sent me an email on April 10th, 2019, that I have attached.  He explained that he was looking to buy tubing that would be private labeled under the name of Sanitary Solutions.  He said he would need to be competitive with his major competitor, Rath.  He would stock the material, but this arrangement would need to be profitable for both companies, United Industries and Sanitary Solutions.  He said he was currently buying the tubing from Thailand, and sent me a few examples of the current prices they were paying:

1"—T304L—A270—1.39'
1"—T316L—A270—2.24'

3"—T304L—A270—4.67'
3"—T316L—A270—6.75'

He asked me to let him know my thoughts.

The afternoon of April 10th, 2019 I asked if he could send me the quantities he was looking to order.  He shared the quantities from his last order with me on the morning of April 11th.

1"—304—12,600'
1"—316L—6300'
1.5"—304—13800'
1.5"—316L—5520'
2"—304—24600'
2"—316L—5900'
2.5"—304—5240'

ERID 117044-052

● Page 2                                                    February 12, 2020

2.5"—316L—2620'
3"—304—15000'
3"—316L—9000'
4"—304—11520'
4"—316L—4800'

We both tried to call each other on April 12th, 2019, but could not reach each other.  Jeff then sent me an email on April 15th, 2019, telling me he had phone issues on April 12th.  I emailed him back on April 15th, telling him that I thought United Industries could not get close to the pricing levels he needed.  The prices he shared with me were below or just barely above United Industries costs to manufacture the product.  Since United Industries could not make an acceptable profit selling the complete offering to Jeff, I offered to try and sell him the sizes which were 2 1/2" and larger.  He never responded to this offer.

All of our discussions revolved around pricing.  There was never any mention of United Industries not having enough capacity to fulfill Jeff's order.

Dan Brockmann
**Vice President Sales & Marketing**
**United Industries**

ERID 117044-053

## Dan Brockmann

| | |
|---|---|
| **From:** | Jeff Casillo <Jeff@sanitarysolutionsinc.com> |
| **Sent:** | Wednesday, April 10, 2019 10:50 AM |
| **To:** | Dan Brockmann; Greg Sturicz |
| **Subject:** | RE: Phone Message |

Hi Dan

Thank you for calling me

I am humbled that you would consider our company to sell to Sanitary Solutions.

We would like to buy 3-A A270 material and private label the tube under the Sanitary Solutions name.

We have the 3-A authorization for tube    Please check website for 3-A authorization.

This would not interfere with your present customer base and would assist us.

Sanitary Solutions is interested in T304L and T316L grade material for the Food/Dairy Markets.

We have zero interest in the Bio-Pharm market and service the Food/Dairy/Beverage market.

As you are aware, we are under the tariffs that the present administration has placed—Since we stock and sell tubing (1/2"—12") sizes as part of a package that includes fittings, valves, accessories--- we must be competitive with our major competitor—Rath.

We are seeing them pop up very much and they are promoting this very heavily into the poultry markets    Is it possible for us to compete in this market and sell material that you manufacture and be competitive?

Next, since we stock, what do we need to stock to make this profitable for both companies?

Dan, we are presently buying material in Thailand and they put together a nice package.

We have an order coming that will be delivered in the next couple of weeks

Here are a couple of sample prices

ERID 117044-054

1"—T304L—A270—1.39'
1"—T316L—A270—2.24'

3"—T304L—A270—4.67'
3"—T316L—A270—6.75'

I will be looking at my next buy in the 3rd week of May.

Let me know your thoughts

Jeff
Sanitary Solutions, Inc.  49 C. Trotter Road, West Columbia, SC 29169
www.sanitarysolutionsinc.com

---

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Monday, April 8, 2019 4:56 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** Phone Message

Jeff,

Sorry I have not gotten back to you. I just got the message about 10 minutes ago.  Four messages just popped up on phone from last week.  I will try to call you on my way home.  It will be just past 5:30 your time.  If this does not work, I will call you tomorrow.

**Dan Brockmann,** *Senior Vice President Sales & Marketing*
**United Industries, Inc.** | Sales & Administration | 1546 Henry Avenue | Beloit, WI 53511
**United Industries, Inc.** | Manufacturing | 95 Lakeview Drive | Selmer, TN 38375
**United Industries Cutting & Fabricating** | 130 Three Star Drive | Selmer, TN 38375
608-368-4630 (O) | 608-774-9332 (M) | dbrockmann@unitedindustries.com | www.unitedindustries.com

ERID 117044-055

**Dan Brockmann**

| | |
|---|---|
| **From:** | Jeff Casillo <Jeff@sanitarysolutionsinc.com> |
| **Sent:** | Thursday, April 11, 2019 10:04 AM |
| **To:** | Dan Brockmann |
| **Subject:** | RE: Phone Message |

Hi Dan

I can supply you with my last order

1"—304—12,600'
1"—316L   6300'
1.5"—304   13800'
1.5"—316L—5520'
2"—304—24600'
2"—316L   5900'
2.5"—304—5240'
2.5"   316L—2620'
3"   304   15000'
3"   316L—9000'
4"—304—11520'
4"   316L—4800'

This is shipping as I write.

Thanks

Jeff

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Wednesday, April 10, 2019 1:51 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** RE: Phone Message

Jeff,

ERID 117044-056

Could you give me an idea of what quantities you would order for each size?

Dan

---

**From:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Sent:** Wednesday, April 10, 2019 10:50 AM
**To:** Dan Brockmann <DBrockmann@unitedindustries.com>; Greg Sturicz <gregs@unitedindustries.com>
**Subject:** RE: Phone Message

Hi Dan

Thank you for calling me—

I am humbled that you would consider our company to sell to Sanitary Solutions.

We would like to buy 3-A A270 material and private label the tube under the Sanitary Solutions name.

We have the 3-A authorization for tube—Please check website for 3-A authorization.

This would not interfere with your present customer base and would assist us.

Sanitary Solutions is interested in T304L and T316L grade material for the Food/Dairy Markets.

We have zero interest in the Bio-Pharm market and service the Food/Dairy/Beverage market.

As you are aware, we are under the tariffs that the present administration has placed   Since we stock and sell tubing (1/2"   12") sizes as part of a package that includes fittings, valves, accessories--- we must be competitive with our major competitor—Rath.

We are seeing them pop up very much and they are promoting this very heavily into the poultry markets   Is it possible for us to compete in this market and sell material that you manufacture and be competitive?

Next, since we stock, what do we need to stock to make this profitable for both companies?

Dan, we are presently buying material in Thailand and they put together a nice package.

We have an order coming that will be delivered in the next couple of weeks—

Here are a couple of sample prices—

ERID 117044-057

1"—T304L—A270—1.39'
1"—T316L—A270—2.24'

3"—T304L—A270—4.67'
3"—T316L—A270—6.75'

I will be looking at my next buy in the 3rd week of May.

Let me know your thoughts

Jeff
Sanitary Solutions, Inc.  49 C. Trotter Road, West Columbia, SC 29169
www.sanitarysolutionsinc.com

---

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Monday, April 8, 2019 4:56 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** Phone Message

Jeff,

Sorry I have not gotten back to you. I just got the message about 10 minutes ago.  Four messages just popped up on phone from last week.  I will try to call you on my way home.  It will be just past 5:30 your time.  If this does not work, I will call you tomorrow.

**Dan Brockmann,** *Senior Vice President Sales & Marketing*
**United Industries, Inc.|** Sales & Administration | 1546 Henry Avenue | Beloit, WI 53511
**United Industries, Inc.|** Manufacturing | 95 Lakeview Drive | Selmer, TN 38375
**United Industries Cutting & Fabricating** | 130 Three Star Drive | Selmer, TN 38375
608-368-4630 (O) | 608-774-9332 (M) | dbrockmann@unitedindustries.com | www.unitedindustries.com

ERID 117044-058

## Dan Brockmann

**From:**          Dan Brockmann
**Sent:**          Monday, April 15, 2019 5:54 PM
**To:**            Jeff Casillo
**Subject:**       Re: Good Day

Jeff

Sorry I missed your call.  I am now out of the country for the next two weeks.  I wanted to let you know I don't think we can get close to the pricing you need.  We might be able to on the 21/2" and up but we struggle on the 1" and the 11/2" is not very good either.  If you are interested in working on the bigger sizes only I would be very interested.  I wanted to explain this on the phone.  Last week was not real good because my mother was struggling with some realizations she is slipping some.  I went to visit her Friday.  She is still very healthy physically but mentally is not quite the same.  She loved her part time job but had to quit.

Dan

Sent from my iPhone

On Apr 15, 2019, at 11:28 PM, Jeff Casillo <Jeff@sanitarysolutionsinc.com> wrote:

> Howdy Sir—
>
> I hope this day finds you and the family well—
>
> We have no phone service (land line) currently so I need to keep everything via e mail
>
> I know that we played telephone tag on Friday—I hope you received the information on our current purchase that is headed our way.
>
> Let me know how else I can help
>
> Jeff
> Sanitary Solutions, Inc.  49 C. Trotter Road, West Columbia, SC 29169
> www.sanitarysolutionsinc.com

ERID 117044-059

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 164142**

**Summary:**

- Requester: LE Commodities LLC
- Product Description: STAINLESS STEEL WELDED SANITARY TUBING PER ASTM A270 TYPE 304/304L SIZE 4.00 INCH X 0.083 INCH X 20 FOOT LENGTH
- HTSUS: 7306405040

**Analysis:**

The Bureau of Industry and Security ("BIS") has received a request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS has considered the evidence provided, including in the exclusion request as well as any applicable objection filings and its report to the President of January 11, 2018, has solicited and taken into account analysis provided by the International Trade Administration (ITA), and assessed other interagency comments as applicable.

In examining whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, ITA has provided the attached findings and recommends denying the request for an exclusion.

BIS accepts ITA's recommended findings and finds that no overriding national security concerns require that this exclusion request be granted notwithstanding recommendation of denial.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

ERID 16142-001

**DECISION ON EXCLUSION REQUEST #164142**

| | |
|---|---|
| **X** | I approve denying this exclusion request. |
| | I do not approve denying this exclusion request. |
| | I would like to discuss. |

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

<u>**February 13, 2021**</u>
Date

ERID 16142-002

**International Trade Administration (ITA)**
**Recommendation Document for Denial of Steel Exclusion Request Under Section 232**

The Bureau of Industry and Security (BIS) has referred this exclusion request to ITA for ITA's recommendation as to whether the Steel article subject to this exclusion request is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, within the meaning of Supplement 1 of 15 CFR Part 705. ITA provides the following recommendation based on an evaluation of all relevant submitted documentation, including relevant confidential or proprietary business information (CBI), and, when appropriate, an evaluation of facts by a Subject Matter Expert (SME).

Exclusion Request ID: 164142
Requestor:   LE Commodities LLC (LE Commodities)
Objector(s):

       United Industries Inc. (United Industries)

Case Filings

|  | LE Commodities | United Industries |  |  |  |
|---|---|---|---|---|---|
| Rebuttal against Objector? |  | No |  |  |  |
| Surrebuttal against Requestor? |  | No |  |  |  |
| CBI submitted? *(request/objection)* | No | No |  |  |  |
| CBI submitted? *(rebuttal/surrebuttal)* | No | No |  |  |  |
| Supporting docs included? *(request/objection)* | No | No |  |  |  |
| Supporting docs included? *(rebuttal/surrebuttal)* | No | No |  |  |  |

Recommendation: Denial
Rationale: {At least one} objector meets the quality, quantity, and timeliness criteria.

| **OBJECTOR(S) – QUALITY** |  |  |  |  |
|---|---|---|---|---|
|  | United Industries |  |  |  |
| Identical (1.c or 1.d filled in)* | Yes |  |  |  |
| Substitute (1.e or 1.f filled in)* | Blank |  |  |  |
| **2.c\* match** | Yes |  |  |  |

ERID 16142-003

| 2.d* match | Yes | | | |
|---|---|---|---|---|
| 2.e* match | No | | | |
| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
| | No | | | |
| **Subject Matter Expert (SME) Evaluation of Facts:** Yes | | | | |
| **Analysis of the Record:** The objector claims to manufacture an identical product; however, the objector's offering has specifications that differ from the request. Based on these differences, subject matter expert (SME) analysis was requested. The SME determined the objector provided typical values of specifications not listed by the requestor. According to the SME, these values are superfluous and not an issue. Based on technical factors, the SME deemed the objector's offering an identical product. As such, United Industries meets the quality criterion. | | | | |

| **OBJECTOR(S) – QUANTITY** | | | | |
|---|---|---|---|---|
| | United Industries | | | |
| **3.a** | 100% | | | |
| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
| | No | | | |
| **Analysis of the Record:** United Industries can produce 100 percent of the requested volume. As such, United Industries meets the quantity criterion. | | | | |

| **OBJECTOR(S) – TIMELINESS** | | | | |
|---|---|---|---|---|
| | United Industries | | | |
| **1.c** | Yes | | | |
| **1.d** | Blank | | | |
| **1.e** | Blank | | | |
| **1.f** | Blank | | | |
| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
| | No | | | |
| **Analysis of the Record:** United Industries meets the timeliness criterion because it can manufacture the product within eight weeks. | | | | |

**Explanation/Additional Comments** (if needed):

Appx1062

ERID 16142-004

| General Notes: |
|---|
| **This memorandum describes, in full, the factors which ITA has considered in reaching its recommendation and provides a complete explanation for the basis of that recommendation.**<br><br>ITA reviews each individual exclusion request for which objections are submitted by U.S. producers and provides the Bureau of Industry and Security with a recommendation on the technical merits of the request. In making a recommendation, ITA examines only the claims and information submitted in the certified documentation for requests, objections, rebuttals and surrebuttals, to determine if a company meets the criteria specified in the regulations; specifically, if the objector can provide the products at issue in a sufficient amount of time (timeliness), in a reasonably available amount (quantity), and in a quality which is satisfactory. When determining if a company meets the quantity criteria, ITA examines the response to section 3.a; ITA does not examine the production capacity of a company or industry as a whole. The Department of Commerce collects such capacity data in section 1 only for statistical purposes and not for use in analyzing individual exclusion requests and objections.<br><br>An SME's evaluation of facts is typically sought when submitted documentation indicates: the objector offers a substitute product, the specifications differ in an objector's offering from the request, a processing method differs between the request and objection, or any other relevant product-specific issues. ITA takes an SME's evaluation of facts into consideration when making a recommendation; however, an SME's evaluation of facts is not the only determining factor and is not necessarily dispositive.<br><br>**ITA will base its recommendation on an evaluation of all relevant submitted certified documentation, including relevant CBI, and, when appropriate, an evaluation of facts by an SME. ITA will not include any ex-parte communications in its evaluation.** |

| * Field Definitions (Objection Form) | |
|---|---|
| 1.c | Is the product type identified in the Exclusion Request currently manufactured by your organization in the United States, or can it immediately be made (within 8 weeks) by your organization, in a company-owned plant in the United States? If "Yes" identify the location(s) of your production facilities in the United States. |
| 1.d | This organization does not currently manufacture the identified product, but can produce the product identified in the Exclusion Request within the following time period at the following facilities: |
| 1.e | Does this organization currently manufacture, or can immediately manufacture (within 8 weeks), in a company-owned plant located in the United States a substitute product for the identified product that has similar form, fit, function, and performance? If "Yes" identify the location(s) of your production facilities in the United States, current plant capacity and utilization |
| 1.f | This organization does not currently manufacture the identified product, but can make a substitute product that has similar form, fit, function, and performance within the following time period at the following facilities: |
| 2.c | State the chemical composition of the specific product that your organization can manufacture at a company-owned production facility located in the United States. |
| 2.d | Provide the following information on the single product that is the subject of this Objection Filing: 1) dimensional information covering the single product subject to the Exclusion Request; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature. |

ERID 16142-005

| 2.e | Provide the following information on the single product that is the subject of this Objection Filing: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness. |
|-----|-----|
| 3.a | What percentage of the total product tonnage requirement covered under the Exclusion Request that is the subject of this Objection Filing can your organization manufacture at its U.S. plants on a timely basis? |

ERID 16142-006

# U.S. Department of Commerce

Section 232 Steel and Aluminum

## Product Information

Submission Date: 11/24/2020

Public Status: Denied

Please select product type

Steel

Identify the class of product for which the Exclusion is sought

Stainless Products

10 Digit Harmonized Tariff Schedule Code of the United States (HTSUS) for the single product covered by this request

7306405040

If this is a renewal of a previously granted exclusion request, please provide the ID number of the previously granted exclusion request

BIS 2018 0006 127105

## Requesting Organization Information

Full Organization Legal Name

LE Commodities LLC

Street Address

2807 Hillview Court

City

Fairfield

State

California

Zip Code

94534

Headquarters Country

United States

Point of Contact Name

Elaine Moreira

Phone Number

707.330.7678

E mail Address

elaine@lecommodities.com

Web Site Address

http://www.lecommodities.com

## Parent Company of Requesting Organization

Full Organization Legal Name

Street Address

City

ERID 164142-007

Headquarters Country

State/Province

Zip Code

Web Site Address

## Importer of Record for Organization Requesting an Exclusion

Full Organization Legal Name

LE Commodities LLC

Street Address

2807 Hillview Court

City

Fairfield

State

California

Zip Code

94534

Headquarters Country

United States

Point of Contact Name

Elaine Moreira

Phone Number

707.330.7678

E mail Address

elaine@lecommodities.com

Web Site Address

http://www.lecommodities.com

## Requester's Authorized Representative/Agent (if applicable)

Requestor Point of Contact Name

Point of Contact Organization

Country Location

Phone Number

E Mail Address

Web Site Address

Other Information

## Exclusion Request Details

ERID 164142-008

Does the parent organization hold ownership in (partially or completely), or is it otherwise engaged as a: Manufacturer; Distributor; Exporter or, Importer?

> No

Identify the activity

> 

Identify the organization

> 

Identify the country where the organization is headquartered

> 

Comments

> 

Identify the primary type of activity of the Exclusion Requester

> U.S Distributor

Comments

> 

Total Requested Annual Exclusion Quantity in Kilograms (1 metric ton    1,000 kilograms)

> 252000 | Kilograms

Average annual consumption for years 2015  2017 of the product that is subject of this Exclusion Request (Kilograms)

> 504000 | Kilograms

Explain why your organization requires an Exclusion

> Insufficient U.S. Availability

Please provide comments

> 

Identify the percentage of total product covered under this Exclusion Request not available from manufacturers in the United States

> 100 | %

Estimate the number of days required to take delivery of the product covered by this Exclusion Request, from the time the purchase order is issued by your organization

> 110 | days

Estimate the number of days required to manufacture the product covered by this Exclusion Request, from the time a binding purchase order is executed

> 90 | days

Estimate the number of days required to ship the product covered under this Exclusion Request, from the foreign port of departure to the Exclusion Requester's loading dock

> 45 | days

Estimate the number of distinct shipments from the foreign port(s) of departure that will be needed for transporting to the United States the product subject to this Exclusion Request

> 5 | shipments

Identify the U.S. Destination Port(s) of Entry through which the product subject to this Exclusion Request would be transported

Port 1 Charleston

Appx1067

ERID 164142-009

Is the organization making this Exclusion Request doing so on behalf of a non U.S. producer that does not manufacture products in the United States?

> No

Identify the non U.S. producer

Identify the country where the organization is headquartered

Comments

# Exclusion Request Product Information

For this single Exclusion Request, provide a full, complete description of the product in the space provided below. See explanation below.

The product for which an Exclusion is being requested is defined as follows: *

> STAINLESS STEEL WELDED SANITARY TUBING PER ASTM A270 TYPE 304/304L SIZE 4.00 INCH X 0.083 INCH X 20 FOOT LENGTH

*With regard to the product for which an Exclusion is requested, such a description must be limited to a single product. The description must be limited solely to physical properties (e.g., chemical requirements, mechanical requirements, dimensions, etc.) and exact descriptive terms/phrases covering the product subject to the Exclusion Request (e.g., "hot rolled," "seamless pipe," "suitable for use in boilers," "longitudinally submerged arc welded," etc.).

All such physical properties must be defined based on actual, rather than nominal, measurements; references to specific dimensions (e.g., "cross sectional diameter of 5.50 mm") or measurements (e.g., "yield strength of 300 MPa," "carbon content 0.08%," etc.) will be interpreted as meaning the exact dimension or measurement. Ranges (e.g., "cross sectional diameter falling within the range 5.35 mm and 5.65 mm," "yield strength greater than or equal to 300 MPa," "carbon content less than or equal to 0.15%, by weight," etc.) are allowed. Where a range is needed, it should be identified based on the end points of the range (as in the examples above), rather than through references to absolute or percentage tolerances.

Comments

Identify the standards organizations that have set specifications for the product type that is the subject of this Exclusion Request, and provide the reference designation(s) for the identified standards organization(s), (e.g., ASTM A108 13):

| Organization | Designation |
|---|---|
| 1 ASTM | A270 |
| 2 3 A SANITARY CERTIFICATION | 3 A SANITARY CERTIFICATION |

Identify the classification and properties of the product covered under this Exclusion Request. Other classification or properties may be described in the textboxes below. (Select all that apply)

| Slab | Blooms | Billets | Ingots | Flat | Long |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

ERID 164142-010

| Beams ☐ | Semi Finished ☐ | Pipe ☐ | Tube ☑ | Stainless ☑ | Wire ☐ |
| Hot Rolled ☐ | Cold Rolled ☑ | Annealed ☐ | Plated ☐ | Electro Plated ☐ | Galvanized ☐ |
| Electro Galvanized ☐ | Zinc Plated ☐ | Aluminum Plated ☐ | Lead Plated ☐ | Tin Plated ☐ | Painted ☐ |
| Varnished ☐ | Plasticized ☐ | Pickled ☐ | Fittings ☐ | | |

Use the text boxes on the right if property is not listed above.

| | | |
|---|---|---|

Comments

Identify the chemical composition of the specific product for which your organization seeks an Exclusion. Numbers may appear rounded, but full values will be stored. Format should starts with 0(example: 0.975)

| Chemical | Aluminum | Antimony | Bismuth | Boron | Carbon |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0.035 |
| | Chromium | Cobalt | Copper | Iron | Lead |
| Minimum % | 18.0 | 0 | 0 | 0 | 0 |
| Maximum % | 20.0 | 0 | 0 | 0 | 0 |
| | Magnesium | Manganese | Molybdenum | Nickel | Niobium |
| Minimum % | 0 | 0 | 0 | 8.0 | 0 |
| Maximum % | 0 | 2.0 | 0 | 12.0 | 0 |
| | Nitrogen | Phosphorus | Selenium | Silicon | Sulfur |
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0.045 | 0 | 1.0 | 0.03 |

Appx1069

ERID 164142-011

|  | Tellurium | Tin | Titanium | Tungsten | Vanadium |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0 |
|  | Zinc | Zirconium | Other Chemical |  |  |
| Minimum % | 0 | 0 | 0 |  |  |
| Maximum % | 0 | 0 | 0 |  |  |

Comments

Provide the following information on the single product that is the subject of this Exclusion Request: 1) dimensional information for the single product and a single size  not a range of products and or sizes (e.g., 19 mm dia. rebar  not 19, 22, 25, and 29 mm.). A separate Exclusion Request must be submitted for each product by physical dimension; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature.

## Product Specifications (Millimeters)

|  | Thickness | Inside Diameter | Outside Diameter | Length | Width | Height |
|---|---|---|---|---|---|---|
| Minimum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |
| Maximum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |

Strength

|  | Tensile Strength Mega Pascal (MPa) | Yield Strength Mega Pascal (MPa) | Hardness (specify method - Brinnell, Rockwell, Vickers, etc.) |
|---|---|---|---|
|  |  |  | ROCKWELL B |
| Minimum | 485 | 170 | 0 |
| Maximum | 0 | 0 | 90 |

Toughness (If Applicable)

| Test Type | Drop-Weight Tear Testing | Impact (Charpy) Testing | Other |
|---|---|---|---|
|  |  |  | Provide Test Method |
| Temperature |  |  |  |

Appx1070

ERID 164142-012

| | | | |
|---|---|---|---|
| **Joules** | | | |
| **% Shear** | | | |

Provide the following information on the single product that is the subject of this Exclusion Request: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness.

| | Global Ductility | | Local Ductility | |
|---|---|---|---|---|
| | **Elongation %** | **Reduction in Area %** | **Hole Expansion %** | **Bendability (mm)** |
| **Minimum** | 0 % | 0 % | 0 % | 0 mm |
| **Maximum** | 0 % | 0 % | 0 % | 0 mm |

| | Magnetic Permeability | | | Surface Finish |
|---|---|---|---|---|
| | **Epstein Test** | **Greer Lab Method** | **Stacked Wide Sheet** | **Profilometer - [SAE J911]** |
| **Minimum** | 0 | 0 | 0 | 0 |
| **Maximum** | 0 | 0 | 0 | 0 |

| Coating Type and Composition | | |
|---|---|---|
| **Coating Method** | **Coating Product Name and Abbreviation** | **Composition (e.g., Zn, Al, Si, Mg)** |
| | | |

| | Coating Weight and Thickness | |
|---|---|---|
| | **Coating Weight** | **Coating Thickness** |
| **Minimum** | 0 grams psq | 0 micrometers |
| **Maximum** | 0 grams psq | 0 micrometers |

Specify any Additional Methods Used

| | | |
|---|---|---|
| | | |

Comments

ERID 164142-013

## Product Commercial Names

List the Commercial Name(s) of the single product that is the subject of this exclusion

STAINLESS STEEL WELDED SANITARY TUBING PER ASTM A270, 3 A CERTIFIED, TYPE 304/304L, 4.00 INCH OUTER DIAMETER, 0.08

Comments

Identify the Association code for the product that is the subject of this Exclusion Request

State the 1) application for the product (e.g., automotive, appliances, industrial products, structural, etc.) that is the subject of this Exclusion Request, and 2) why similar products manufactured in the United States, if available, are not suitable: *

USAGE IN DAIRY, FOOD, BEVERAGE AND PHARMACEUTICAL INDUSTRIES.

If the Exclusion is needed to support U.S. national security requirements (critical infrastructure or national defense systems), provide a detailed description of the specific uses of this single product:

## Source Countries

Identify the source countries for the single product for which the Exclusion is requested, the annual quantity to be supplied in kilograms, and the name of the current manufacturer(s) of the product. If this product is not obtained directly from the manufacturer, identify the current supplier(s) and the country of the supplier(s). The Exclusion Request, if granted, will pertain solely to the identified supplier(s) listed in this form and the country of origin. NOTE: Products encompassing more than one 10 digit HTSUS code must submit a separate Exclusion Request for each pertinent code.

| | Country of Origin | Country of Export | Exclusion Quantity | Current Manufacturer | Current Supplier (if not obtained directly from manufacturer) | |
|---|---|---|---|---|---|---|
| 1 | Thailand | Thailand | 252000 | THAI GERMAN | | |

ERID 164142-014

## Product Availability Information

Does the Requester possess knowledge of any domestic U.S. parties that currently manufacture the described product in the United States?

Yes

Comments

> THERE ARE JUST TWO USA MILLS, UNITED INDUSTRIES AND RATH MANUFACTURING.  BOTH WOULD NOT SELL TO MY CUSTOMER (SANITARY SOLUTIONS) OVER COMPETING DISTRIBUTION CHANNELIZATION ISSUES.  PLEASE SEE ATTACHED DOCUMENTATION AND COMMUNICATION.

Does the Requester possess knowledge of any parties that currently manufacture the described product in a country exempted from this tariff? If yes, identify the country or countries below.

No

Comments

Is the Requester aware of any manufacturers capable of producing a substitute for the product in the United States? If "Yes" provide supporting information (name and address) in the space below?

No

Comments

Has the Exclusion Requester attempted to qualify any manufacturer in the United States as a supplier of the product that is the subject of this Exclusion Request in the past two years? If "Yes" provide supporting information in the space below.

Yes

Please provide names of the manufacturers.

**Manufacturers**

1 UNITED INDUSTRIES INC

2 RATH MANUFACTURING

Comments

> LE COMMODITIES LLC HAS NOT DIRECTLY CONTACTED THESE COMPANIES BUT MY CUSTOMER HAS (SANITARY SOLUTIONS AS LISTED).  BOTH COMPANIES WOULD NOT SUPPORT THEM AS THEY ALREADY HAVE ESTABLISHED SALES CHANNELIZATION WITH OTHER COMPANIES.

Has the Exclusion Requester attempted to purchase the described product that is the subject of this Exclusion Request, or a substitute, from a U.S. manufacturer in the past two years? If "Yes" identify the

Yes

ERID 164142-015

manufacturers, addresses, and your points of contact at the U.S. manufacturing organizations in the comments below.

Comments

LE COMMODITIES LLC HAS NOT DIRECTLY CONTACTED THESE COMPANIES BUT MY CUSTOMER HAS (SANITARY SOLUTIONS AS LISTED).  BOTH COMPANIES WOULD NOT SUPPORT THEM AS THEY ALREADY HAVE ESTABLISHED SALES CHANNELIZATION WITH OTHER COMPANIES.

Has the Exclusion Requester had supply contracts, or does it have current contracts, with producers that manufacture in the United States the product identified in the Exclusion Request? If "Yes" identify the U.S.

No

manufacturers, addresses, and your points of contact at the U.S. manufacturing organizations in the comments below.

Comments

Has the Exclusion Requester determined that there is no U.S. manufacturer that produces a near equivalent product that would meet qualification requirements? If "Yes" identify in the space below the testing standards/procedures employed to make that determination (e.g., magnetic core loss, etc).

No

Comments

In the last two years, has the Requester purchased a substitute product manufactured in the United States in place of the product described in the Exclusion Request? If "Yes" provide supporting information in the comments below.

No

Comments

Provide a detailed explanation as to how U.S. Customs and Border Protection (CBP) will be able to reasonably distinguish the product subject to the Exclusion Request at time of entry, without adding undue burden to their current entry system and procedures.

THE IMPORT COMMERCIAL INVOICE WILL HAVE CLEARLY LISTED THE US 10 DIGIT HARMONIZED TARIFF SCHEDULE CODE (HTSUS)

ERID 164142-016

# Certification

Instruction: This Exclusion Request must be signed by an organization official specifically authorized to certify the document as being accurate and complete. The undersigned certifies that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge.

Effective for all exclusion requests submitted on or after December 14, 2020, the undersigned certifies in the 232 Exclusions Portal that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge. By signing the certification below, I attest that:

    A. My organization intends to manufacture, process, or otherwise transform the imported product for which I have filed an exclusion request or I have a purchase order or orders for such products;

    B. My organization does not intend to use the exclusion for which I have filed an exclusion request, if granted, solely to hedge or arbitrage the price;

    C. My organization expects to consume, sell, or otherwise use the total volume of product across all my active exclusions and pending exclusion requests in the course of my organization's business activities within the next calendar year;

    D. If my organization is submitting an exclusion request for a product for which we previously received an exclusion, I certify that my organization either imported the full amount of our approved exclusion(s) last year or intended to import the full amount but could not due to one of the following reasons:

        1. loss of contract(s);

        2. unanticipated business downturns; or

        3. other factors that were beyond my organizations' control that directly resulted in less need for steel or aluminum articles; and

    E. I certify that the exclusion amount requested this year is in line with what my organization expects to import based on our current business outlook. If requested by the Department of Commerce, my organization shall provide documentation that justifies its assertions in this certification regarding its past imports of steel or aluminum articles and its projections for the current year, as it relates to past and current calendar year exclusion requests.

**It is a criminal offense to willfully make a false statement or representation to any department or agency of the United States Government as to any matter within its jurisdiction.**[18 U.S.C. 1001 (1984 & SUPP. 1197)]

**Company Name**

LE Commodities, LLC

**Name of Authorizing Official**

Elaine Moreira

**Title of Authorizing Official**

President

**Phone Number**

707.330.7678

**Email of Authorizing Official**

elaine@lecommodities.com

If the Point of Contact is different from the Authorizing Official provide point of contact information below.

**Point of Contact Name**

**Title**

**E mail Address**

**Phone Number**

ERID 164142-017

Do you have additional information to provide that is proprietary or otherwise business confidential that is relevant and necessary to this submission?
*Note: If the answer is 'Yes', do not attach business confidential information at this time.*

| No ▼ |

Small Business?

| |

# Attachment

There are no attachments for this exclusion request

## Published Objection Filings

| | Company | Product | Posted Date | Details |
|---|---|---|---|---|
| ⌄ | United Industries Inc | Steel | 12/28/2020 | Details |
| | Objection Rebuttals | | | |
| | Data not available | | | |

# BIS Decision Memo

View attachment file

# ITA Public Recommendation Memo

There are no attachments for this public recommendation memo

Back

ERID 164142-018



# U.S. Department of Commerce

Section 232 Steel and Aluminum

## Objecting Organization Information

**Full Organization Legal Name**
United Industries Inc

**Street Address**
1546 Henry Avenue

**City**
Beloit

**State**
Wisconsin

**Zip Code**
53511

**Headquarters Country**
United States

**Point of Contact Name**
Dan Brockmann

**Phone Number**
608 368 4630

**E mail Address**
dbrockmann@unitedindustries.com

**Web Site Address**
https://www.unitedindustries.com

## Organization Requesting Exclusion

**Full Organization Legal Name**
LE Commodities LLC

**Street Address**
2807 Hillview Court

**City**
Fairfield

**State**
California

**Zip Code**
94534

## Product Information

**Exclusion Request number**
164142

**10 Digit HTSUS Code**
7306405040

**Annual Exclusion Quantity Requested(Kilograms)**
252000          Kilograms

ERID 16142-019

# Reason for Objection

Indicate what type of order the Exclusion Request that is the subject of the Objection Filing would pertain to:

> Standard Product

Comments

> This product is manufactured every 4 6 weeks in our Selmer, Tennessee facility. We typically keep in stock around 10,000 feet at all times.

Is the product type identified in the Exclusion Request currently manufactured by your organization in the United States , or can it immediately be made (within 8 weeks) by your organization, in a company owned plant in the United States? If "Yes" identify the location(s) of your production facilities in the United States.

> Yes

Locations

| | City | State | Current Annual Plant Production Capacity (mt) | % Plant Utilization Current | |
|---|---|---|---|---|---|
| | Selmer | Tennessee | 15000000 | 61 | |

This organization does not currently manufacture the identified product, but can produce the product identified in the Exclusion Request within the following time period at the following facilities:

Comments

Does this organization currently manufacture, or can immediately manufacture (within 8 weeks), in a company owned plant located in the United States a substitute product for the identified product that has similar form, fit, function, and performance? If "Yes" identify the location(s) of your production facilities in the United States, current plant capacity and utilization

This organization does not currently manufacture the identified product, but can make a substitute product that has similar form, fit, function, and performance within the following time period at the following facilities:

Comments

Select "Yes" for any assertions identified in the Exclusion Request that your organization is challenging:

ERID 16142-020

No Production Capacity

Yes

Product Quality

No

Shipping Time

No

Insufficient Volume

No

Unique Product

No

Other (specify here)

Discuss the suitability of your organization's steel product compared to that identified by the Exclusion Requestor.

United Industries manufactures this exact tubing LE Commodities is asking for an exclusion on. The material United Industries manufactures is: 4&quot; OD, .083 wall, 20 foot lengths, 304/304L, Welded stainless steel tubing, heat treatment which is annealed in line at 1900 F, surface finish ID to 20 Ra max, OD polished to 32 Ra max, and ASTM A270. Meets 3A 33 03. Our tubing is equal or better then what they order. ASTM A270 does not require pickling, but we can.

Provide a full technical description of the properties of the product it manufactures relative to specifications cited in the Exclusion Request posted in regulations.gov. This description must include information on dimensions, plus performance factors such as strength, toughness, ductility, magnetic permeability, surface finish, coatings, and other relevant data.

State the chemical composition of the specific product that your organization can manufacture at a company owned production facility located in the United States. Numbers may appear rounded, but full values will be stored.

| Chemical | Aluminum | Antimony | Bismuth | Boron | Carbon |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0.035 |
| | Chromium | Cobalt | Copper | Iron | Lead |
| Minimum % | 18.0 | 0 | 0 | 0 | 0 |
| Maximum % | 20.0 | 0 | 0 | 0 | 0 |
| | Magnesium | Manganese | Molybdenum | Nickel | Niobium |
| Minimum % | 0 | 0 | 0 | 8.0 | 0 |
| Maximum % | 0 | 2.0 | 0 | 12.0 | 0 |

ERID 16142-021

|  | Nitrogen | Phosphorus | Selenium | Silicon | Sulfur |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |

|  | Nitrogen | Phosphorus | Selenium | Silicon | Sulfur |
|---|---|---|---|---|---|
| Maximum % | 0 | 0.045 | 0 | 1.0 | 0.03 |

|  | Tellurium | Tin | Titanium | Tungsten | Vanadium |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0 |

|  | Zinc | Zirconium | Other Chemical |  |  |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 |  |  |
| Maximum % | 0 | 0 | 0 |  |  |

Comments

Provide the following information on the single product that is the subject of this Objection Filing: 1) dimensional information covering the single product subject to the Exclusion Request; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature. Numbers may appear rounded, but full values will be stored.

## Product Specifications (Millimeters)

|  | Thickness | Inside Diameter | Outside Diameter | Length | Width | Height |
|---|---|---|---|---|---|---|
| Minimum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |
| Maximum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |

## Strength

|  | Tensile Strength Mega Pascal (MPa) | Yield Strength Mega Pascal (MPa) | Hardness (specify method   Brinnell, Rockwell, Vickers, etc.) |
|---|---|---|---|
|  |  |  | ROCKWELL B |
| Minimum | 517 | 207 | 0 |
| Maximum | 0 | 0 | 90 |

ERID 16142-022

Toughness (If Applicable)

| Test Type | Drop Weight Tear Testing | Impact (Charpy) Testing | Other |
|---|---|---|---|
| | | | Provide Test Method |
| Temperature | | | |
| Joules | | | |
| % Shear | | | |

Comments

Provide the following information on the single product that is the subject of this Objection Filing: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness. Numbers may appear rounded, but full values will be stored.

| | Global Ductility | | Local Ductility | |
|---|---|---|---|---|
| | Elongation % | Reduction in Area % | Hole Expansion % | Bendability (mm) |
| Minimum | 35 % | 0 % | 0 % | 0 mm |
| Maximum | 0 % | 0 % | 0 % | 0 mm |

| | Magnetic Permeability | | | Surface Finish |
|---|---|---|---|---|
| | Epstein Test | Greer Lab Method | Stacked Wide Sheet | Profilometer [SAE J911] |
| Minimum | 0 | 0 | 0 | 0 |
| Maximum | 0 | 0 | 0 | 20 |

| Coating Type and Composition | | |
|---|---|---|
| Coating Method | Coating Product Name and Abbreviation | Composition (e.g., Zn, Al, Si, Mg) |
| | | |

| Coating Weight and Thickness | |
|---|---|
| | Coating Weight | Coating Thickness |

ERID 16142-023

| | | | |
|---|---|---|---|
| Minimum | 0 | grams psq | 0 | micrometers |
| Maximum | 0 | grams psq | 0 | micrometers |

Select any additional processing methods used:

| | | |
|---|---|---|
| | | |

Comments

| |
|---|
| |

What percentage of the total product tonnage requirement covered under the Exclusion Request that is the subject of this Objection Filing can your organization manufacture at its U.S. plants on a timely basis?   | 100 | %

State the number of days required by your organization to ship from its U.S. manufacturing plant the product covered by this Exclusion Request from the time the purchase order is received:   | 2

State the number of days required to manufacture the product covered by this Exclusion Request from the time a binding purchase order is received:   | 35

State the delivery time in days for the product covered under this Exclusion Request from the time it is shipped from your manufacturing plant to the Exclusion Requestor's loading dock:   | 6

Comments

Industry standard A270 304 3A Sanitary tubing is manufactured every week at United Industries Selmer, TN facility. 5,000' 15,000' is stocked in our warehouse.  With expedited delivery, United can manufacture more in 7 14 days.

Identify the reasons your organization objects to an Exclusion Request being granted to the applicant. Written comments may be submitted (not required) for each of the reasons your organization has cited in the Objection Filing form. Organizations filing Objections should identify factual problems in the Exclusion Request (e.g., product description).

The claim of insufficient capacity is false.  United Industries is currently utilizing only 61% of its tubing capacity.  LE Commodities mentions only pricing as the issue.

Has the organization making the Exclusion Request asserted that there is no capability in the United States to manufacture this type of product it requires?   | No

Comments

Has the Exclusion Requestor supported its assertion of product uniqueness with engineering and scientific data, or independent laboratory tests results?   | No

Does your organization have technical data to disprove the assertions of the Exclusion Requestor? If "Yes" provide comments in the space below, or in attachments.   | No

Comments

ERID 16142-024

Has the organization making this Objection Filing within the last two years attempted to sell, or successfully sold, the product described in the Exclusion Request to the exclusion requestor previously?

Yes

Does your organization manufacture a product similar to that cited in the Exclusion Request for which it has asked to Exclusion Requestor, within two years of the filing of the Exclusion Request, to perform a formal technical qualification to determine equivalency in form, fit, function and performance?

No

Did the Exclusion Requestor accept or reject the request to perform a formal technical qualification?

Not Applicable

Comments

# Certification

Instruction: This Objection Filing must be submitted by an organization official authorized to certify the document as being accurate and complete.

The undersigned certifies that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge. It is a criminal offense to willfully make a false statement or representation to any department or agency of the United States Government as to any matter within its jurisdiction. [18 U.S.C. 1001 (1984 & SUPP. 1197)]

Company Name

United Industries Inc

Name of Authorizing Official

Dan Brockmann

Title of Authorizing Official

Vice President of Sales & Marketing

Phone Number

608 368 4630

Email of Authorizing Official

dbrockmann@unitedindustries.com

If the Point of Contact is different from the Authorizing Official provide point of contact information below.

Point of Contact Name

Title

E mail Address

Phone Number

I have additional information to provide that is proprietary or otherwise business confidential that is relevant and necessary to this submission:

No

ERID 16142-025

Small Business?

## Attachment

There are no attachments for this objection filing

## Published Objection Rebuttal

| Company | Product | Posted Date | Details |
|---------|---------|-------------|---------|
| No data available in table | | | |

Back

For questions about the exclusion process, please email or call:
Aluminum232@bis.doc.gov or 202-482-4757 for aluminum-related inquiries, and Steel232@bis.doc.gov or 202-482-5642 for steel-related inquiries.



## U.S. Department of Commerce

1401 Constitution Ave NW
Washington, DC 20230

Accessibility    •    Privacy policy

ERID 16142-026

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 164173**

**Summary:**

- Requester: LE COMMODITIES LLC
- Product Description: STAINLESS STEEL WELDED SANITARY TUBING PER ASTM A270 TYPE 304/304L SIZE 4.00 INCH X 0.083 INCH X 20 FOOT LENGTH
- HTSUS: 7306405040

**Analysis:**

The Bureau of Industry and Security ("BIS") has received a request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS has considered the evidence provided, including in the exclusion request as well as any applicable objection filings and its report to the President of January 11, 2018, has solicited and taken into account analysis provided by the International Trade Administration (ITA), and assessed other interagency comments as applicable.

In examining whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, ITA has provided the attached findings and recommends denying the request for an exclusion.

BIS accepts ITA's recommended findings and finds that no overriding national security concerns require that this exclusion request be granted notwithstanding recommendation of denial.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be denied. This denial is without prejudice and the requester may file a new exclusion request for this product if, for example, new or different facts or circumstances exist which meet the criteria for approving an exclusion request.

ERID 164173-001

**DECISION ON EXCLUSION REQUEST #164173**

_____**X**_____      I approve denying this exclusion request.

_____      I do not approve denying this exclusion request.

_____      I would like to discuss.

_Matthew S. Borman_
Deputy Assistant Secretary of Export Administration

<u>**February 13, 2021**</u>
Date

ERID 164173-002

**International Trade Administration (ITA)**
**Recommendation Document for Denial of Steel Exclusion Request Under Section 232**

The Bureau of Industry and Security (BIS) has referred this exclusion request to ITA for ITA's recommendation as to whether the Steel article subject to this exclusion request is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, within the meaning of Supplement 1 of 15 CFR Part 705. ITA provides the following recommendation based on an evaluation of all relevant submitted documentation, including relevant confidential or proprietary business information (CBI), and, when appropriate, an evaluation of facts by a Subject Matter Expert (SME).

Exclusion Request ID: 164173
Requestor:  LE COMMODITIES LLC (LE Commodities)
Objector(s):

   United Industries Inc. (United Industries)

Case Filings

|  | LE Commodities | United Industries |  |  |  |
|---|---|---|---|---|---|
| Rebuttal against Objector? |  | No |  |  |  |
| Surrebuttal against Requestor? |  | No |  |  |  |
| CBI submitted? *(request/objection)* | No | No |  |  |  |
| CBI submitted? *(rebuttal/surrebuttal)* | No | No |  |  |  |
| Supporting docs included? *(request/objection)* | Yes | No |  |  |  |
| Supporting docs included? *(rebuttal/surrebuttal)* | No | No |  |  |  |

Recommendation: Denial
Rationale: {At least one} objector meets the quality, quantity, and timeliness criteria.

| **OBJECTOR(S) – QUALITY** |  |  |  |  |
|---|---|---|---|---|
|  | United Industries |  |  |  |
| Identical (1.c or 1.d filled in)* | Yes |  |  |  |
| Substitute (1.e or 1.f filled in)* | Blank |  |  |  |
| **2.c*** match | Yes |  |  |  |

ERID 164173-003

| 2.d* match | Yes | | | |
|---|---|---|---|---|
| 2.e* match | No | | | |
| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
| | No | | | |
| **Subject Matter Expert (SME) Evaluation of Facts:** Yes | | | | |
| **Analysis of the Record:** The objector claims to manufacture an identical product; however, the objector's offering has specifications that differ from the request. Based on these differences, subject matter expert (SME) analysis was requested. The SME determined the objector provided typical values of specifications not listed by the requestor. According to the SME, these values are superfluous and not an issue. Based on technical factors, the SME deemed the objector's offering an identical product. As such, United Industries meets the quality criterion. | | | | |

| **OBJECTOR(S) – QUANTITY** | | | | |
|---|---|---|---|---|
| | United Industries | | | |
| **3.a** | 100% | | | |
| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
| | No | | | |
| **Analysis of the Record:** United Industries can produce 100 percent of the requested volume. As such, United Industries meets the quantity criterion. | | | | |

| **OBJECTOR(S) – TIMELINESS** | | | | |
|---|---|---|---|---|
| | United Industries | | | |
| **1.c** | Yes | | | |
| **1.d** | Blank | | | |
| **1.e** | Blank | | | |
| **1.f** | Blank | | | |
| Does anything in the request, rebuttal, or surrebuttal, including attachments, provide evidence to contradict the objector's claims? | | | | |
| | No | | | |
| **Analysis of the Record:** United Industries meets the timeliness criterion because it can manufacture the product within eight weeks. | | | | |

**Explanation/Additional Comments** (if needed):

ERID 164173-004

| General Notes: |
|---|
| **This memorandum describes, in full, the factors which ITA has considered in reaching its recommendation and provides a complete explanation for the basis of that recommendation.**<br><br>ITA reviews each individual exclusion request for which objections are submitted by U.S. producers and provides the Bureau of Industry and Security with a recommendation on the technical merits of the request. In making a recommendation, ITA examines only the claims and information submitted in the certified documentation for requests, objections, rebuttals and surrebuttals, to determine if a company meets the criteria specified in the regulations; specifically, if the objector can provide the products at issue in a sufficient amount of time (timeliness), in a reasonably available amount (quantity), and in a quality which is satisfactory.  When determining if a company meets the quantity criteria, ITA examines the response to section 3.a; ITA does not examine the production capacity of a company or industry as a whole. The Department of Commerce collects such capacity data in section 1 only for statistical purposes and not for use in analyzing individual exclusion requests and objections.<br><br>An SME's evaluation of facts is typically sought when submitted documentation indicates: the objector offers a substitute product, the specifications differ in an objector's offering from the request, a processing method differs between the request and objection, or any other relevant product-specific issues. ITA takes an SME's evaluation of facts into consideration when making a recommendation; however, an SME's evaluation of facts is not the only determining factor and is not necessarily dispositive.<br><br>**ITA will base its recommendation on an evaluation of all relevant submitted certified documentation, including relevant CBI, and, when appropriate, an evaluation of facts by an SME. ITA will not include any ex-parte communications in its evaluation.** |

| \* Field Definitions (Objection Form) | |
|---|---|
| 1.c | Is the product type identified in the Exclusion Request currently manufactured by your organization in the United States, or can it immediately be made (within 8 weeks) by your organization, in a company-owned plant in the United States? If "Yes" identify the location(s) of your production facilities in the United States. |
| 1.d | This organization does not currently manufacture the identified product, but can produce the product identified in the Exclusion Request within the following time period at the following facilities: |
| 1.e | Does this organization currently manufacture, or can immediately manufacture (within 8 weeks), in a company-owned plant located in the United States a substitute product for the identified product that has similar form, fit, function, and performance? If "Yes" identify the location(s) of your production facilities in the United States, current plant capacity and utilization |
| 1.f | This organization does not currently manufacture the identified product, but can make a substitute product that has similar form, fit, function, and performance within the following time period at the following facilities: |
| 2.c | State the chemical composition of the specific product that your organization can manufacture at a company-owned production facility located in the United States. |

ERID 164173-005

| 2.d | Provide the following information on the single product that is the subject of this Objection Filing: 1) dimensional information covering the single product subject to the Exclusion Request; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature. |
|-----|-----|
| 2.e | Provide the following information on the single product that is the subject of this Objection Filing: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness. |
| 3.a | What percentage of the total product tonnage requirement covered under the Exclusion Request that is the subject of this Objection Filing can your organization manufacture at its U.S. plants on a timely basis? |

ERID 164173-006

# U.S. Department of Commerce

Section 232 Steel and Aluminum

## Product Information

Submission Date: 11/24/2020

Public Status: Denied

Please select product type

| Steel |
|---|

Identify the class of product for which the Exclusion is sought

| Stainless Products |
|---|

10 Digit Harmonized Tariff Schedule Code of the United States (HTSUS) for the single product covered by this request

| 7306405040 |
|---|

If this is a renewal of a previously granted exclusion request, please provide the ID number of the previously granted exclusion request

| BIS 2018 0006 127105 |
|---|

## Requesting Organization Information

Full Organization Legal Name

| LE COMMODITIES LLC |
|---|

Street Address

| 2807 HILLVIEW COURT |
|---|

City

| FAIRFIELD |
|---|

State

| California |
|---|

Zip Code

| 94534 |
|---|

Headquarters Country

| United States |
|---|

Point of Contact Name

| ELAINE MOREIRA |
|---|

Phone Number

| 707.330.7678 |
|---|

E mail Address

| ELAINE@LECOMMODITIES.COM |
|---|

Web Site Address

| HTTP://WWW.LECOMMODITIES.COM |
|---|

## Parent Company of Requesting Organization

Full Organization Legal Name

|  |
|---|

Street Address

|  |
|---|

City

|  |
|---|

ERID 164173-007

**Headquarters Country**

**State/Province**

**Zip Code**

**Web Site Address**

## Importer of Record for Organization Requesting an Exclusion

**Full Organization Legal Name**

LE COMMODITIES LLC

**Street Address**

2807 HILLVIEW COURT

**City**

FAIRFIELD

**State**

California

**Zip Code**

94534

**Headquarters Country**

United States

**Point of Contact Name**

ELAINE MOREIRA

**Phone Number**

707.330.7678

**E mail Address**

ELAINE@LECOMMODITIES.COM

**Web Site Address**

http://www.lecommodities.com

## Requester's Authorized Representative/Agent (if applicable)

**Requestor Point of Contact Name**

**Point of Contact Organization**

**Country Location**

**Phone Number**

**E Mail Address**

**Web Site Address**

**Other Information**

## Exclusion Request Details

ERID 164173-008

Does the parent organization hold ownership in (partially or completely), or is it otherwise engaged as a: Manufacturer; Distributor; Exporter or, Importer?

| No |

Identify the activity

Identify the organization

Identify the country where the organization is headquartered

Comments

Identify the primary type of activity of the Exclusion Requester

U.S Distributor

Comments

Total Requested Annual Exclusion Quantity in Kilograms (1 metric ton    1,000 kilograms)

| 252000 | Kilograms |

Average annual consumption for years 2015  2017 of the product that is subject of this Exclusion Request (Kilograms)

| 504000 | Kilograms |

Explain why your organization requires an Exclusion

Insufficient U.S. Availability

Please provide comments

Identify the percentage of total product covered under this Exclusion Request not available from manufacturers in the United States

| 100 | % |

Estimate the number of days required to take delivery of the product covered by this Exclusion Request, from the time the purchase order is issued by your organization

| 110 | days |

Estimate the number of days required to manufacture the product covered by this Exclusion Request, from the time a binding purchase order is executed

| 90 | days |

Estimate the number of days required to ship the product covered under this Exclusion Request, from the foreign port of departure to the Exclusion Requester's loading dock

| 45 | days |

Estimate the number of distinct shipments from the foreign port(s) of departure that will be needed for transporting to the United States the product subject to this Exclusion Request

| 5 | shipments |

Identify the U.S. Destination Port(s) of Entry through which the product subject to this Exclusion Request would be transported

Port 1 Charleston

ERID 164173-009

Is the organization making this Exclusion Request doing so on behalf of a non U.S. producer that does not manufacture products in the United States?

| No |

Identify the non U.S. producer

Identify the country where the organization is headquartered

Comments

# Exclusion Request Product Information

For this single Exclusion Request, provide a full, complete description of the product in the space provided below.See explanation below.
The product for which an Exclusion is being requested is defined as follows: *

STAINLESS STEEL WELDED SANITARY TUBING PER ASTM A270 TYPE 304/304L SIZE 4.00 INCH X 0.083 INCH X 20 FOOT LENGTH

*With regard to the product for which an Exclusion is requested, such a description must be limited to a single product. The description must be limited solely to physical properties (e.g., chemical requirements, mechanical requirements, dimensions, etc.) and exact descriptive terms/phrases covering the product subject to the Exclusion Request (e.g., "hot rolled," "seamless pipe," "suitable for use in boilers," "longitudinally submerged arc welded," etc.).

All such physical properties must be defined based on actual, rather than nominal, measurements; references to specific dimensions (e.g., "cross sectional diameter of 5.50 mm") or measurements (e.g., "yield strength of 300 MPa," "carbon content 0.08%," etc.) will be interpreted as meaning the exact dimension or measurement. Ranges (e.g., "cross sectional diameter falling within the range 5.35 mm and 5.65 mm," "yield strength greater than or equal to 300 MPa," "carbon content less than or equal to 0.15%, by weight," etc.) are allowed. Where a range is needed, it should be identified based on the end points of the range (as in the examples above), rather than through references to absolute or percentage tolerances.

Comments

| Identify the standards organizations that have set specifications for the product type that is the subject of this Exclusion Request, and provide the reference designation(s) for the identified standards organization(s), (e.g., ASTM A108 13): | **Organization** | **Designation** |
| --- | --- | --- |
| | 1 ASTM | A270 |
| | 2 3 a Sanitary Certification | |

Identify the classification and properties of the product covered under this Exclusion Request. Other classification or properties may be described in the textboxes below. (Select all that apply)

| Slab | Blooms | Billets | Ingots | Flat | Long |
| --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Appx1094

ERID 164173-010

| Beams ☐ | Semi Finished ☐ | Pipe ☐ | Tube ☑ | Stainless ☑ | Wire ☐ |
|---|---|---|---|---|---|
| Hot Rolled ☐ | Cold Rolled ☑ | Annealed ☐ | Plated ☐ | Electro Plated ☐ | Galvanized ☐ |
| Electro Galvanized ☐ | Zinc Plated ☐ | Aluminum Plated ☐ | Lead Plated ☐ | Tin Plated ☐ | Painted ☐ |
| Varnished ☐ | Plasticized ☐ | Pickled ☐ | Fittings ☐ | | |

Use the text boxes on the right if property is not listed above.

| | | |
|---|---|---|

Comments

Identify the chemical composition of the specific product for which your organization seeks an Exclusion. Numbers may appear rounded, but full values will be stored. Format should starts with 0(example: 0.975)

| Chemical | Aluminum | Antimony | Bismuth | Boron | Carbon |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0.035 |
| | Chromium | Cobalt | Copper | Iron | Lead |
| Minimum % | 18.0 | 0 | 0 | 0 | 0 |
| Maximum % | 20.0 | 0 | 0 | 0 | 0 |
| | Magnesium | Manganese | Molybdenum | Nickel | Niobium |
| Minimum % | 0 | 0 | 0 | 8.0 | 0 |
| Maximum % | 0 | 2.0 | 0 | 12.0 | 0 |
| | Nitrogen | Phosphorus | Selenium | Silicon | Sulfur |
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0.045 | 0 | 1.0 | 0.03 |

ERID 164173-011

|  | Tellurium | Tin | Titanium | Tungsten | Vanadium |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0 |
|  | Zinc | Zirconium | Other Chemical |  |  |
| Minimum % | 0 | 0 | 0 |  |  |
| Maximum % | 0 | 0 | 0 |  |  |

Comments

Provide the following information on the single product that is the subject of this Exclusion Request: 1) dimensional information for the single product and a single size   not a range of products and or sizes (e.g., 19 mm dia. rebar   not 19, 22, 25, and 29 mm.). A separate Exclusion Request must be submitted for each product by physical dimension; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature.

## Product Specifications (Millimeters)

|  | Thickness | Inside Diameter | Outside Diameter | Length | Width | Height |
|---|---|---|---|---|---|---|
| Minimum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |
| Maximum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |

## Strength

|  | Tensile Strength Mega Pascal (MPa) | Yield Strength Mega Pascal (MPa) | Hardness (specify method - Brinnell, Rockwell, Vickers, etc.) |
|---|---|---|---|
|  |  |  | Rockwell B |
| Minimum | 485 | 170 | 0 |
| Maximum | 0 | 0 | 90 |

## Toughness (If Applicable)

| Test Type | Drop-Weight Tear Testing | Impact (Charpy) Testing | Other |
|---|---|---|---|
|  |  |  | Provide Test Method |
| Temperature |  |  |  |

Appx1096

ERID 164173-012

| | | | |
|---|---|---|---|
| **Joules** | | | |
| **% Shear** | | | |

Provide the following information on the single product that is the subject of this Exclusion Request: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness.

| | Global Ductility | | Local Ductility | |
|---|---|---|---|---|
| | **Elongation %** | **Reduction in Area %** | **Hole Expansion %** | **Bendability (mm)** |
| **Minimum** | 0    % | 0    % | 0    % | 0    mm |
| **Maximum** | 0    % | 0    % | 0    % | 0    mm |

| | Magnetic Permeability | | | Surface Finish |
|---|---|---|---|---|
| | **Epstein Test** | **Greer Lab Method** | **Stacked Wide Sheet** | **Profilometer - [SAE J911]** |
| **Minimum** | 0 | 0 | 0 | 0 |
| **Maximum** | 0 | 0 | 0 | 0 |

| Coating Type and Composition | | |
|---|---|---|
| **Coating Method** | **Coating Product Name and Abbreviation** | **Composition (e.g., Zn, Al, Si, Mg)** |
| | | |

| Coating Weight and Thickness | | |
|---|---|---|
| | **Coating Weight** | **Coating Thickness** |
| **Minimum** | 0    grams psq | 0    micrometers |
| **Maximum** | 0    grams psq | 0    micrometers |

Specify any Additional Methods Used

| | | |
|---|---|---|
| | | |

Comments

ERID 164173-013

## Product Commercial Names

List the Commercial Name(s) of the single product that is the subject of this exclusion

Stainless Steel Welded Sanitary Tubing per ASTM A270, 3 A Certified, Type304/304L, 4.00 inch outer diameter, 0.083 inch wall th

Comments

Identify the Association code for the product that is the subject of this Exclusion Request

State the 1) application for the product (e.g., automotive, appliances, industrial products, structural, etc.) that is the subject of this Exclusion Request, and 2) why similar products manufactured in the United States, if available, are not suitable: *

Usage in Dairy, Food, Beverage and Pharmaceutical Industries

If the Exclusion is needed to support U.S. national security requirements (critical infrastructure or national defense systems), provide a detailed description of the specific uses of this single product:

## Source Countries

Identify the source countries for the single product for which the Exclusion is requested, the annual quantity to be supplied in kilograms, and the name of the current manufacturer(s) of the product. If this product is not obtained directly from the manufacturer, identify the current supplier(s) and the country of the supplier(s). The Exclusion Request, if granted, will pertain solely to the identified supplier(s) listed in this form and the country of origin. NOTE: Products encompassing more than one 10 digit HTSUS code must submit a separate Exclusion Request for each pertinent code.

|   | Country of Origin | Country of Export | Exclusion Quantity | Current Manufacturer | Current Supplier (if not obtained directly from manufacturer) |
|---|---|---|---|---|---|
| 1 | Thailand | Thailand | 252000 | Thai German | |

ERID 184173-014

## Product Availability Information

Does the Requester possess knowledge of any domestic U.S. parties that currently manufacture the described product in the United States?

| Yes |
| --- |

Comments

There are just 2 USA mills, United Industries and Rath Manufacturing.  Both would not sell to my customer (Sanitary Solutions) over competing distribution Channelization issues.  Please see attached documentation and communication

Does the Requester possess knowledge of any parties that currently manufacture the described product in a country exempted from this tariff? If yes, identify the country or countries below.

| No |
| --- |

Comments

Is the Requester aware of any manufacturers capable of producing a substitute for the product in the United States? If "Yes" provide supporting information (name and address) in the space below?

| No |
| --- |

Comments

Has the Exclusion Requester attempted to qualify any manufacturer in the United States as a supplier of the product that is the subject of this Exclusion Request in the past two years? If "Yes" provide supporting information in the space below.

| Yes |
| --- |

Please provide names of the manufacturers.

**Manufacturers**

1 United Industries Inc

2 Rath Manufacturing

Comments

LE Commodities LLC has not directly contacted these companies but my customer has (Sanitary Solutions as listed).  Both companies would not support them as they already have established sales channelization with other companies.

Has the Exclusion Requester attempted to purchase the described product that is the subject of this Exclusion Request, or a substitute, from a U.S. manufacturer in the past two years? If "Yes" identify the manufacturers, addresses, and your points of contact at the U.S. manufacturing organizations in the comments below

| Yes |
| --- |

ERID 164173-015

Comments

LE Commodities LLC has not directly contacted these companies but my customer has (Sanitary Solutions as listed). Both companies would not support them as they already have established sales channelization with other companies.

Has the Exclusion Requester had supply contracts, or does it have current contracts, with producers that manufacture in the United States the product identified in the Exclusion Request? If "Yes" identify the U.S. manufacturers, addresses, and your points of contact at the U.S. manufacturing organizations in the comments below.

No

Comments

Has the Exclusion Requester determined that there is no U.S. manufacturer that produces a near equivalent product that would meet qualification requirements? If "Yes" identify in the space below the testing standards/procedures employed to make that determination (e.g., magnetic core loss, etc).

No

Comments

In the last two years, has the Requester purchased a substitute product manufactured in the United States in place of the product described in the Exclusion Request? If "Yes" provide supporting information in the comments below.

No

Comments

Provide a detailed explanation as to how U.S. Customs and Border Protection (CBP) will be able to reasonably distinguish the product subject to the Exclusion Request at time of entry, without adding undue burden to their current entry system and procedures.

The Import Commercial Invoice will have clearly listed the US 10 Digit Harmonized Tariff Schedule Code (HTSUS)

ERID 164173-016

# Certification

Instruction: This Exclusion Request must be signed by an organization official specifically authorized to certify the document as being accurate and complete. The undersigned certifies that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge.

Effective for all exclusion requests submitted on or after December 14, 2020, the undersigned certifies in the 232 Exclusions Portal that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge. By signing the certification below, I attest that:

   A. My organization intends to manufacture, process, or otherwise transform the imported product for which I have filed an exclusion request or I have a purchase order or orders for such products;
   B. My organization does not intend to use the exclusion for which I have filed an exclusion request, if granted, solely to hedge or arbitrage the price;
   C. My organization expects to consume, sell, or otherwise use the total volume of product across all my active exclusions and pending exclusion requests in the course of my organization's business activities within the next calendar year;
   D. If my organization is submitting an exclusion request for a product for which we previously received an exclusion, I certify that my organization either imported the full amount of our approved exclusion(s) last year or intended to import the full amount but could not due to one of the following reasons:
      1. loss of contract(s);
      2. unanticipated business downturns; or
      3. other factors that were beyond my organizations' control that directly resulted in less need for steel or aluminum articles; and
   E. I certify that the exclusion amount requested this year is in line with what my organization expects to import based on our current business outlook. If requested by the Department of Commerce, my organization shall provide documentation that justifies its assertions in this certification regarding its past imports of steel or aluminum articles and its projections for the current year, as it relates to past and current calendar year exclusion requests.

**It is a criminal offense to willfully make a false statement or representation to any department or agency of the United States Government as to any matter within its jurisdiction.**[18 U.S.C. 1001 (1984 & SUPP. 1197)]

Company Name
| LE Commodities, LLC |

Name of Authorizing Official
| Elaine Moreira |

Title of Authorizing Official
| President |

Phone Number
| 707.330.7678 |

Email of Authorizing Official
| elaine@lecommodities.com |

If the Point of Contact is different from the Authorizing Official provide point of contact information below.

Point of Contact Name
| |

Title
| |

E mail Address
| |

Phone Number
| |

Do you have additional information to provide that is proprietary or otherwise business confidential that is relevant and necessary to this submission?

| No ⌄ |

*Note: If the answer is 'Yes', do not attach business confidential information at this time.*

Appx1101

ERID 164173-017

Small Business?

## Attachment

View attachment file

## Published Objection Filings

| Company | Product | Posted Date | Details |
|---|---|---|---|
| ⌄  United Industries Inc | Steel | 12/28/2020 | Details |
| Objection Rebuttals | | | |
| Data not available | | | |

## BIS Decision Memo

View attachment file

## ITA Public Recommendation Memo

There are no attachments for this public recommendation memo

Back

ERID 164173-018



July 20, 2020

Mr. Brad Botwin, Director Industrial Studies
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Avenue, NW, Room 1093
Washington, DC 20230

Dear Mr. Botwin,

I am the owner of Sanitary Solutions, Inc who, as a master distributor, supplies sanitary stainless-steel fittings, valves, tubing and accessories to various distributors in the USA and Canada.

I had e-mails with Dan Brockmann, VP of Sales @ United Industries (domestic mill) about the possibility of purchasing and stocking sanitary stainless-steel tube.

Unfortunately, we are not able to purchase material from United Industries since we are competing against other master distributors that United Industries has set up before Sanitary Solutions approached United Industries.

Since the sanitary stainless-steel market is relatively small distribution wise, many of the distributors that Sanitary Solutions supplies also buys from United Industries. Our customer base wishes to buy from us since we also stock and supply the fittings, valves, and accessories that can be added to the order to make us "a one stop shop" for the job.

As a warehouse stocking master distributor who pays for handling, packaging, and shipping the product along with other sanitary stainless-steel products, it is a necessity to make a profit.

I expected that the two U.S. Mills whether it be Rath Manufacturing or United Industries support our company with a price level for us to make a profit since we are buying, handling, packaging and shipping the product.

ERID 164173-019

Rath Manufacturing per Paul Sedivy, sales manager said they had other master distributors, and this would be a conflict of interest.

As for United Industries, they have a master distributor, distributors and customers who purchase from them as well as Sanitary Solutions. As Mr. Brockmann said, United Industries could not get close to the price levels needed. The prices he (Jeff @ Sanitary Solutions) shared with me were below or barely above United Industries costs to manufacture the product.

I fully understand that United Industries must make a profit, but Sanitary Solutions must also make a profit since the product would be stored and shipped from our location and we would assume the responsibility and pay the shipping costs to the location.

United Industries has one other domestic competitor—Rath Industries. Sanitary Solutions was left no alternative but to purchase from Thailand and import sanitary stainless-steel tube after Rath said no and United would not support us with a price level that was needed to make any type of profit.

By the way, isn't this about free enterprise—To buy and make a profit?

Mr. Brockmann from United Industries needs to be very careful in his statements that U.S. importers like Sanitary Solutions bring in cheap steel products from abroad. The company that I purchase from overseas has the same certifications and qualifications that his company has and to imply that Sanitary Solutions purchases based on cheap pricing - cheap products, is degrading and inflammatory.

In closing, Sanitary Solutions is a master distributor who does not fit into United Industries business plan. Sanitary Solutions business model as a master distributor conflicts with United Industries due to a duplicate customer base. As a stocking master distributor, United Industries will not support Sanitary Solutions with a price level needed to make any type of profit.

Jeff Casillo/Owner
Sanitary Solutions, Inc.
49 C. Trotter Road
West Columbia, SC 29169


***Please see the following 4 pages of documentation and email communication that we have filed rebuttals on for previous applications that have objected by United Industries. It shows the continual efforts by them to block unfairly our efforts to receive exemptions.

ERID 164173-020

*previous rebuttal info **

## SUPPLEMENTAL TO REBUTTAL OF LE COMMODITIES, LLC

United Industries, Inc. ("United Industries") claims that it has the ability to supply the product noted in LE Commodities, LLC ("LE Commodities") exclusion request in the United States. This is not true. Pursuant to 15 C.F.R. Part 705 Supplement, "to grant exclusions from the duties at the request of directly affected parties located in the United States if the steel articles are determined not to be produced in the United States in a sufficient and <u>reasonably</u> available amount". United Industries cannot meet LE Commodities sole customer Sanitary Solutions, Inc ("Sanitary Solutions") required demand as demonstrated by the following:

Sanitary Solutions contacted United Industries multiple occasions in 2019 in an attempt to buy the product at issue, i.e. Stainless Sanitary Tubing ASTM A270 in various grades and sizes via various phone calls and email correspondence. Sanitary Solutions advised to United Industries that they were buying from a source in Thailand and would be "humbled that you would consider our company to sell to Sanitary Solutions" Refer to (Exhibit A) an email communication string between Mr. Jeff Casillo, President of Sanitary Solutions and Mr. Dan Brockman, Senior Vice President Sales & Marketing, Mr. Greg Sturicz, President, United Industries, Inc..

Jeff Casillo said they made numerous attempts to work with United Industries, but United Industries offered inflated and unfair pricing that would prohibit him from making a profit as a stocking supplier to USA distributors.

Efforts were made by Jeff Casillo to provide a target price so that Sanitary Solutions could stock and sell United Industries tube. Dan Brockman of United Industries expressly denied these different pricing options stating that it would upset his current distributors. Dan Brockman's counteroffer was to only offer the same pricing that he offers his distributors. As a stocking reseller of tube, this unrealistic offer would leave no room for profit for Sanitary Solutions.

As an alternative and in an effort to continue to act in good faith, Jeff Casillo offered to stencil "Sanitary Solutions" onto the product so as to not upset the distributor base. Mr. Brockman turned down that offer as well and ended the communications.

Also the statements made from United Industries (refer to United Industries Objection Application, Page 6, fields 9 and 10) that they are only utilizing 61% of their tubing production capacity are without merit. For example, they provide no such evidence of this claim and if this was actually true then why does a producing mill in this current robust marketplace have such a high percentage, 39%, of equipment, machinery, facilities sitting idle? To have fix costs not generating any income for basically 40 percent of your capacity makes no business sense. Steel mills today have full order books with long lead times and are actually in expansion mode. Why would United Industries not accept new business with Sanitary Solutions to help reduce this over capacity issue, as they offered reasonable pricing for both companies to make a profit. It is extremely costly for a mill to have underutilized capacity and we find this claim to be completely unfounded.

In conclusion, it is very apparent after many attempts by Sanitary Solutions to purchase directly from United Industries that they had zero interest due to the prohibitive pricing that was offered, which then gave Sanitary Solutions no choice but to find alternative sourcing overseas; for which they have, in the joint effort between LE Commodities and Sanitary Solutions.

We hope the Bureau of Industry and Security will take a careful review of the actual facts in this rebuttal and grant the requested exemption.

Thanking you in advance,


ELAINE MOREIRA
Principal / LE Commodities, LLC

*Elaine Moreira*


JEFF CASILLO
President-Owner / Sanitary Solutions

*Jeff Casillo*


LE COMMODITIES, LLC     SANITARY SOLUTIONS

*****This letter and exhibit attachments were provided to the Bureau of Industry and Security confidentially in order to protect the customer's identity pursuant to 15 C.F.R. Part 705 Supplement 1(b)(5).

ERID 164173-021

**elaine@lecommodities.com**

| | |
|---|---|
| **From:** | Jeff Casillo <Jeff@sanitarysolutionsinc.com> |
| **Sent:** | Monday, February 3, 2020 12:14 PM |
| **To:** | elaine@lecommodities.com |
| **Subject:** | FW: Phone Message |

**From:** Jeff Casillo
**Sent:** Thursday, April 11, 2019 11:04 AM
**To:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Subject:** RE: Phone Message

# EXHIBIT A

Hi Dan—

I can supply you with my last order—

1"—304—12,600'
1"—316L—6300'
1.5"—304—13800'
1.5"—316L—5520'
2"—304—24600'
2"—316L—5900'
2.5"—304—5240'
2.5"—316L—2620'
3"—304—15000'
3"—316L—9000'
4"—304—11520'
4"—316L—4800'

This is shipping as I write.

Thanks

Jeff

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Wednesday, April 10, 2019 1:51 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** RE: Phone Message

Jeff,

Could you give me an idea of what quantities you would order for each size?

Dan

1

ERID 164173-022

**From:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Sent:** Wednesday, April 10, 2019 10:50 AM
**To:** Dan Brockmann <DBrockmann@unitedindustries.com>; Greg Sturicz <gregs@unitedindustries.com>
**Subject:** RE: Phone Message

Hi Dan—

**EXHIBIT A**

Thank you for calling me—

I am humbled that you would consider our company to sell to Sanitary Solutions. 

We would like to buy 3-A A270 material and private label the tube under the Sanitary Solutions name.

We have the 3-A authorization for tube—Please check website for 3-A authorization.

This would not interfere with your present customer base and would assist us.

Sanitary Solutions is interested in T304L and T316L grade material for the Food/Dairy Markets.

We have zero interest in the Bio-Pharm market and service the Food/Dairy/Beverage market.

As you are aware, we are under the tariffs that the present administration has placed—Since we stock and sell tubing (1/2"—12") sizes as part of a package that includes fittings, valves, accessories--- we must be competitive with our major competitor—Rath.

We are seeing them pop up very much and they are promoting this very heavily into the poultry markets—Is it possible for us to compete in this market and sell material that you manufacture and be competitive?

Next, since we stock, what do we need to stock to make this profitable for both companies?

Dan, we are presently buying material in Thailand and they put together a nice package.

We have an order coming that will be delivered in the next couple of weeks—

Here are a couple of sample prices—

1"—T304L—A270—1.39'
1"—T316L—A270—2.24'

3"—T304L—A270—4.67'
3"—T316L—A270—6.75'

I will be looking at my next buy in the 3rd week of May.

Let me know your thoughts

Jeff
Sanitary Solutions, Inc.  49 C. Trotter Road, West Columbia, SC 29169
www.sanitarysolutionsinc.com

ERID 164173-023

**From:** Dan Brockmann <DBrockmann@unitedindustries.com>
**Sent:** Monday, April 8, 2019 4:56 PM
**To:** Jeff Casillo <Jeff@sanitarysolutionsinc.com>
**Subject:** Phone Message

**EXHIBIT A**

Jeff,

Sorry I have not gotten back to you. I just got the message about 10 minutes ago.  Four messages just popped up on phone from last week.  I will try to call you on my way home.  It will be just past 5:30 your time.  If this does not work, I will call you tomorrow.

**Dan Brockmann,** *Senior Vice President Sales & Marketing*
**United Industries, Inc.** | Sales & Administration | 1546 Henry Avenue | Beloit, WI 53511
**United Industries, Inc.** | Manufacturing | 95 Lakeview Drive | Selmer, TN 38375
**United Industries Cutting & Fabricating** | 130 Three Star Drive | Selmer, TN 38375
608-368-4630 (O) | 608-774-9332 (M) | dbrockmann@unitedindustries.com | www.unitedindustries.com

ERID 164173-024

# U.S. Department of Commerce

Section 232 Steel and Aluminum

## Objecting Organization Information

**Full Organization Legal Name**
United Industries Inc

**Street Address**
1546 Henry Avenue

**City**
Beloit

**State**
Wisconsin

**Zip Code**
53511

**Headquarters Country**
United States

**Point of Contact Name**
Dan Brockmann

**Phone Number**
608 368 4630

**E mail Address**
dbrockmann@unitedindustries.com

**Web Site Address**
https://www.unitedindustries.com

## Organization Requesting Exclusion

**Full Organization Legal Name**
LE COMMODITIES LLC

**Street Address**
2807 HILLVIEW COURT

**City**
FAIRFIELD

**State**
California

**Zip Code**
94534

## Product Information

**Exclusion Request number**
164173

**10 Digit HTSUS Code**
7306405040

**Annual Exclusion Quantity Requested(Kilograms)**
252000     Kilograms

ERID 164173-025

# Reason for Objection

Indicate what type of order the Exclusion Request that is the subject of the Objection Filing would pertain to:

Standard Product

Comments

This product is manufactured every 4-6 weeks in our Selmer, Tennessee facility.  We typically keep around 10,000 feet in stock at all times.

Is the product type identified in the Exclusion Request currently manufactured by your organization in the United States , or can it immediately be made (within 8 weeks) by your organization, in a company owned plant in the United States?  If "Yes" identify the location(s) of your production facilities  in the United States.

Yes

Locations

|  | City | State | Current Annual Plant Production Capacity (mt) | % Plant Utilization Current |  |
|--|------|-------|----------------------------------------------|-----------------------------|--|
|  | Selmer | Tennessee | 15000000 | 61 |  |

This organization does not currently manufacture the identified product, but can produce the product identified in the Exclusion Request within the following time period at the following facilities:

Comments

Does this organization currently manufacture, or can immediately manufacture (within 8 weeks), in a company owned plant located in the United States a substitute product for the identified product that has similar form, fit, function, and  performance?  If "Yes" identify the location(s) of your production facilities  in the United States, current plant capacity and utilization

This organization does not currently manufacture the identified product, but can make a substitute product that has similar form, fit, function, and performance within the following time period at the following facilities:

Comments

Select "Yes" for any assertions identified in the Exclusion Request that your organization is challenging:

Appx1110

ERID 164173-026

| No Production Capacity | Yes ▾ |
|---|---|
| Product Quality | No ▾ |
| Shipping Time | No ▾ |
| Insufficient Volume | No ▾ |
| Unique Product | No ▾ |
| Other (specify here) | |

**Discuss the suitability of your organization's steel product compared to that identified by the Exclusion Requestor.**

United Industries manufactures this exact tubing LE Commodities is asking for an exclusion on. The material United Industries manufactures is: 4&quot; OD, .083 wall, 20 foot lengths, 304/304L welded stainless steel tubing, heat treatment which is annealed in line at 1900 F, surface finish ID to 20 Ra max, OD polished to 32 Ra max, and ASTM A270. Meets 3A 33 03. Our tubing is equal or better then what they order. ASTM A270 does not require pickling, but we can.

Provide a full technical description of the properties of the product it manufactures relative to specifications cited in the Exclusion Request posted in regulations.gov. This description must include information on dimensions, plus performance factors such as strength, toughness, ductility, magnetic permeability, surface finish, coatings, and other relevant data.

State the chemical composition of the specific product that your organization can manufacture at a company owned production facility located in the United States. Numbers may appear rounded, but full values will be stored.

| Chemical | Aluminum | Antimony | Bismuth | Boron | Carbon |
|---|---|---|---|---|---|
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0.035 |
| | Chromium | Cobalt | Copper | Iron | Lead |
| Minimum % | 18.0 | 0 | 0 | 0 | 0 |
| Maximum % | 20.0 | 0 | 0 | 0 | 0 |
| | Magnesium | Manganese | Molybdenum | Nickel | Niobium |
| Minimum % | 0 | 0 | 0 | 8.0 | 0 |

ERID 164173-027

| Maximum % | 0 | 2.0 | 0 | 12.0 | 0 |
|---|---|---|---|---|---|
| | Nitrogen | Phosphorus | Selenium | Silicon | Sulfur |

| Minimum % | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|
| Maximum % | 0 | 0.045 | 0 | 1.0 | 0.03 |
| | Tellurium | Tin | Titanium | Tungsten | Vanadium |
| Minimum % | 0 | 0 | 0 | 0 | 0 |
| Maximum % | 0 | 0 | 0 | 0 | 0 |
| | Zinc | Zirconium | Other Chemical | | |
| Minimum % | 0 | 0 | 0 | | |
| Maximum % | 0 | 0 | 0 | | |

Comments

Provide the following information on the single product that is the subject of this Objection Filing: 1) dimensional information covering the single product subject to the Exclusion Request; 2) performance data for tensile strength, yield strength, hardness, impact, shear and test temperature.  Numbers may appear rounded, but full values will be stored.

## Product Specifications (Millimeters)

| | Thickness | Inside Diameter | Outside Diameter | Length | Width | Height |
|---|---|---|---|---|---|---|
| Minimum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |
| Maximum | 2.11 | 0 | 101.60 | 6096.0 | 0 | 0 |

## Strength

| | Tensile Strength Mega Pascal (MPa) | Yield Strength Mega Pascal (MPa) | Hardness (specify method   Brinnell, Rockwell, Vickers, etc.) |
|---|---|---|---|
| | | | Rockwell B |
| Minimum | 517 | 207 | 0 |

ERID 164173-028

| Maximum | 0 | 0 | 90 |
|---|---|---|---|

## Toughness (If Applicable)

| Test Type | Drop Weight Tear Testing | Impact (Charpy) Testing | Other Provide Test Method |
|---|---|---|---|
| Temperature | | | |
| Joules | | | |
| % Shear | | | |

**Comments**

Provide the following information on the single product that is the subject of this Objection Filing: 1) performance data for ductility, magnetic permeability, surface finish; and 2) metal coating process, material type, weight, and thickness. Numbers may appear rounded, but full values will be stored.

| | Global Ductility | | Local Ductility | |
|---|---|---|---|---|
| | Elongation % | Reduction in Area % | Hole Expansion % | Bendability (mm) |
| Minimum | 35 % | 0 % | 0 % | 0 mm |
| Maximum | 0 % | 0 % | 0 % | 0 mm |

| | Magnetic Permeability | | | Surface Finish |
|---|---|---|---|---|
| | Epstein Test | Greer Lab Method | Stacked Wide Sheet | Profilometer  [SAE J911] |
| Minimum | 0 | 0 | 0 | 0 |
| Maximum | 0 | 0 | 0 | 20 |

| Coating Type and Composition | | |
|---|---|---|
| Coating Method | Coating Product Name and Abbreviation | Composition (e.g., Zn, Al, Si, Mg) |
| | | |

| Coating Weight and Thickness |
|---|

ERID 164173-029

|  | Coating Weight | | Coating Thickness | |
|---|---|---|---|---|
| Minimum | 0 | grams psq | 0 | micrometers |
| Maximum | 0 | grams psq | 0 | micrometers |

Select any additional processing methods used:

| | | |
|---|---|---|

Comments

| |
|---|
| |

What percentage of the total product tonnage requirement covered under the Exclusion Request that is the subject of this Objection Filing can your organization manufacture at its U.S. plants on a timely basis?  →  100  %

State the number of days required by your organization to ship from its U.S. manufacturing plant the product covered by this Exclusion Request from the time the purchase order is received:  →  2

State the number of days required to manufacture the product covered by this Exclusion Request from the time a binding purchase order is received:  →  35

State the delivery time in days for the product covered under this Exclusion Request from the time it is shipped from your manufacturing plant to the Exclusion Requestor's loading dock:  →  6

Comments

| Industry standard A270 304 3A Sanitary tubing is manufactured every week at United Industries Selmer, TN facility. 5,000' 15,000' is stocked in our warehouse.  With expedited delivery, United can manufacture more in 7 14 days. |
|---|

Identify the reasons your organization objects to an Exclusion Request being granted to the applicant. Written comments may be submitted (not required) for each of the reasons your organization has cited in the Objection Filing form. Organizations filing Objections should identify factual problems in the Exclusion Request (e.g., product description).

| The claim of insufficient capacity is false.  United Industries is currently utilizing only 61% of its tubing capacity.  LE Commodities mentions only pricing as the issue. |
|---|

Has the organization making the Exclusion Request asserted that there is no capability in the United States to manufacture this type of product it requires?  →  No

Comments

| |
|---|

Has the Exclusion Requestor supported its assertion of product uniqueness with engineering and scientific data, or independent laboratory tests results?  →  No


ERID 164173-030

Does your organization have technical data to disprove the assertions of the Exclusion Requestor? If "Yes" provide comments in the space below, or in attachments.

| No ⌄ |

Comments

| |

Has the organization making this Objection Filing within the last two years attempted to sell, or successfully sold, the product described in the Exclusion Request to the exclusion requestor previously?

| No ⌄ |

Does your organization manufacture a product similar to that cited in the Exclusion Request for which it has asked to Exclusion Requestor, within two years of the filing of the Exclusion Request, to perform a formal technical qualification to determine equivalency in form, fit, function and performance?

| No ⌄ |

Did the Exclusion Requestor accept or reject the request to perform a formal technical qualification?

| Not Applicable ⌄ |

Comments

| |

## Certification

Instruction: This Objection Filing must be submitted by an organization official authorized to certify the document as being accurate and complete.

The undersigned certifies that the information herein supplied in response to this questionnaire is complete and correct to the best of his/her knowledge. It is a criminal offense to willfully make a false statement or representation to any department or agency of the United States Government as to any matter within its jurisdiction. [18 U.S.C. 1001 (1984 & SUPP. 1197)]

Company Name

| United Industries Inc |

Name of Authorizing Official

| Dan Brockmann |

Title of Authorizing Official

| Vice President of Sales & Marketing |

Phone Number

| 608 368 4630 |

Email of Authorizing Official

| dbrockmann@unitedindustries.com |

If the Point of Contact is different from the Authorizing Official provide point of contact information below.

Point of Contact Name

| |

Title

| |

E mail Address

| |

Phone Number

| |

I have additional information to provide that is proprietary and/or business confidential

ERID 164173-031

I have additional information to provide that is proprietary or otherwise business confidential that is relevant and necessary to this submission:

No

Small Business?

## Attachment

There are no attachments for this objection filing

## Published Objection Rebuttal

| Company | Product | Posted Date | Details |
|---------|---------|-------------|---------|
| No data available in table | | | |

Back

For questions about the exclusion process, please email or call:
Aluminum232@bis.doc.gov or 202-482-4757 for aluminum-related inquiries, and Steel232@bis.doc.gov or 202-482-5642 for steel-related inquiries.



## U.S. Department of Commerce

1401 Constitution Ave NW
Washington, DC 20230

Accessibility    •    Privacy policy

ERID 164173-032