IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| LE COMMODITIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Court No. 22-00245 |
| UNITED STATES, *et al.*, | ) ) ) |
| Defendants. | ) ) |

ORDER

Upon consideration of defendant's consent motion for voluntary remand for reconsideration of the exclusion requests at issue in this case, it is hereby

ORDERED that defendant's motion is granted, and that this matter is remanded to the United States Department of Commerce for reconsideration of the 14 exclusion requests – identified by exclusion request numbers 49045, 49053, 49061, 49062, 49063, 49064, 49065, 84999, 117044, 164142, 164173, 238094, 249551; and it is further

ORDERED that Commerce shall have 150 days from the date of this order to file remand results with the Court; and it is further

ORDERED the parties shall file a joint status report stating how the parties believe this matter should proceed, and, if necessary, a proposed scheduling order (including for filing the administrative record), no later than 14 days after Commerce files the remand results.

/s/      M. Miller Baker
JUDGE

Dated: October 10, 2023
New York, NY