## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| LE COMMODITIES, LLC,<br> *Plaintiff,*<br>v.<br>UNITED STATES, *et al.*,<br> *Defendants.* | Ct. No. 22-00245<br><br>Before: M. Miller Baker, Judge |

## ORDER

 The court refers this matter to court-annexed mediation before Judge Gordon. *See* USCIT R. 16.1. The referral to mediation shall expire on July 8, 2024, unless he recommends an extension.

 The parties' obligation to file a joint status report, proposed scheduling order, and the administrative record on remand (*see* ECF 39) is deferred until 14 days following the expiration of this referral or the filing of any report by Judge Gordon stating that the mediation did not result in settlement, whichever is earlier.

 If the mediation does not result in settlement, the parties' briefing on the remand results will cite to a new joint appendix compiled from the administrative record on remand that complies with paragraph 1 of the court's order of August 17, 2003 (ECF 23).

| | |
|---|---|
| Dated: April 8, 2024<br>    New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |