Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM   M-2

| | |
|---|---|
| LE Commodities, LLC,<br><br>                    Plaintiff,<br><br>     v.<br>United States, et. al.,<br><br>                    Defendant. | Court No.:  22-00245 |

## REPORT OF MEDIATION

That pursuant to the Order of Referral dated  April 8, 2024  in this case, I served as Judge Mediator for the mediation process between the parties in this case. The process was concluded on  October 1, 2024 ;

✓   The mediation resulted in a settlement of all issues;

___ The mediation resulted in a partial settlement;

___ The mediation did not result in a settlement;

/s/ Leo M. Gordon
(Name)
Judge Mediator

DATED:   October 1, 2024
         New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)