IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| LE COMMODITIES, LLC, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES, </br></br> Defendant. | Court No. 22-0245 |

## STIPULATED JUDGMENT ON AGREED-UPON FACTS

This action is stipulated for judgment on the following statement of facts to which the parties have agreed:

1. Plaintiff LE Commodities, LLC (LE Commodities) is a United States importer and distributor of steel tubing.

2. LE Commodities imported into the United States steel articles that were subject to a tariff of 25 percent pursuant to presidential action under section 232 of the Trade Expansion Act of 1962, 19 U.S.C. § 1862, under *Proclamation 9705 of March 8, 2018 Adjusting Imports of Steel Into the United States*, 83 Fed. Reg. 11,625

(Mar. 15, 2018) (imposing Section 232 tariff of 25 percent on imported steel articles).

3.     Pursuant to the exclusion process directed by the President in *Proclamation 9705*, and the subsequent implementing regulations issued by the U.S. Department of Commerce, LE Commodities submitted to Commerce 14 requests that certain steel articles be excluded from the Section 232 duties.  Compl. ¶¶ 7-9, Exhibit 1.

4.     Commerce denied all 14 of LE Commodities' exclusion requests.

5.     Exclusions, if granted, are generally valid from the date that Commerce accepted the request for relief until one year from the date of signature of the decision memorandum.  *Proclamation No. 9777*, 83 Fed. Reg. 45,025 cl. 5 (Aug. 29, 2018).  Therefore, had Commerce granted the exclusion requests in 2020 or 2021, the one-year exclusion period for entries of merchandise would have ended one year after the respective decision date.

6.     Without admitting liability or otherwise, the parties have agreed to settle all of LE Commodities' claims regarding the imported merchandise subject to the exclusion requests at issue in this action,

including any claims that LE Commodities could have been brought against the United States under any jurisdictional provision of 28 U.S.C. § 1581, relating to the exclusions and entries at issue.  That settlement has been reached pursuant to the Department of Justice's inherent and statutory authority to compromise and settle litigation and has been approved by the Attorney General's authorized representative.

7. The United States, acting through U.S. Customs & Border Protection, shall promptly reliquidate, without assessment of Section 232 duties, the entries as identified on Attachment A to this Stipulated Judgment.

8. All refunds payable by reason of this judgment are to be paid with interest provided for by law pursuant to 19 C.F.R. § 24.36.

9. Any Section 232 duties assessed on any merchandise that is covered by any liquidated entries identified in Attachment B will be final and non-protestable.

10. LE Commodities waives any right to appeal, challenge, or to make any claim against the defendant with respect to or arising from he exclusion requests identified in paragraph 3, or the entries identified in

Attachments A and B, other than a claim by motion or otherwise that refunds have not been paid as provided for in this Stipulated Judgment and/or the settlement agreement.

WHEREFORE, plaintiff, LE Commodities LLC, and defendant, the United States, respectfully request that the Court enter the accompanying proposed judgment in accordance with this stipulation. Respectfully Submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant
        Attorney General

        PATRICIA M. McCARTHY
        Director

| /s/Erik Smithweiss | /s/Tara K. Hogan |
|---|---|
| KATHERINE DOBSCHA | TARA K. HOGAN |
| ERIK SMITHWEISS | Assistant Director |
| GRUNFELD DESIDERIO | Civil Division |
| LEBOWITZ SILVERMAN | Department of Justice |
| & KLESTADT LLP | P.O. Box 480 |
| 707 Wilshire Blvd Ste 4150 | Ben Franklin Station |
| Los Angeles, CA 90017-3605 | Washington, DC 20044 |
| Tele: (213) 452-0863 | Tele: (202) 616-2228 |
| Email: esmithweiss@gdlsk.com | Email: Tara.Hogan@usdoj.gov |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| LE Commodities, LLC | the United States |

October 2, 2024

## Attachment A

| Entry No. | Entry Line | Product | Product Entered Value |
|---|---|---|---|
| 01611932367 | 1 | 304/304L sanitary tubing 0.065" 2.00" | $ 69,488.22 |
| 01611932367 | 1 | 304/304L sanitary tubing 0.083" 4.00" | $134,875.67 |
| 01600181043 | 1 | 304/304L sanitary tubing 0.065" 2.00" | $ 67,200.00 |
| 01600181043 | 1 | 304/304L sanitary tubing 0.065" 3.00" | $68,200.00 |
| 01600181050 | 1 | 316/316L sanitary tubing 0.065" 2.00" | $ 77,250.00 |
| 01600181050 | 1 | 316/316L sanitary tubing 0.065" 2.50" | $ 65,250.00 |
| 016-0021654-2 | 1 | 304/304L sanitary tubing 0.109" 6.00" | $ 89,802.00 |

# Attachment B

| ENTRY NO. |
|---|
| 01611938539 |
| 01611947605 |
| 01600103715 |
| 01600103731 |
| 01600115982 |
| 01600146228 |
| 01600181043 |
| 01600186042 |
| 01600181050 |
| 01600201379 |
| 016-0021380 |
| 016-0021654 |
| 016-0024920 |

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| LE COMMODITIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 22-0245 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

Pursuant to U.S. Court of International Trade Rule 54, and upon consideration of the stipulation by the parties, now, in accordance with said stipulation, IT IS HEREBY ORDERED that this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above; and it is further ORDERED that this action is dismissed with prejudice and each party shall bear their own attorney fees, costs, and expenses.

October ____, 2024                                    _____

                                                                                      JUDGE